AO 442 (Rev.11/11) Arrest Warrant

FILED FID#11176442

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2022 DEC 14  PM 3:53

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

SEALED

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 6:22-cr-201 WWB-LHP |
| JOSHUA EDWARDS | ) |
| Defendant | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **JOSHUA EDWARDS**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud, all in violation of 18 U.S.C. § 1349; Bank Fraud, in violation of 18 U.S.C. § 1344; and False Statement to a Financial Institution in violation of 18 U.S.C. § 1014; and Visa Fraud, in violation of 18 U.S.C. § 1546.

Date: 12/7/2022

Issuing officer's signature

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court

Printed name and title

### Return

This warrant was received on (date) 12/8/22, and the person was arrested on (date) 12/14/22
at (city and state) New Smyrna Beach, FL.

Date: 12/14/22

Arresting officer's signature

Roger D. Fuentes

Printed name and title