**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                            **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

## ORDER

This cause came on for consideration at a status conference held today, pursuant to 18 U.S.C. §§ 4241(d) and 4247.  Doc. Nos. 95-96.  On December 16, 2022, United States Magistrate Judge David A. Baker appointed Dr. Jeffrey Danziger, M.D., to conduct a competency evaluation of Defendant pursuant to 18 U.S.C. §§ 4241 and 4247(b).  Doc. No. 19.  On February 2, 2023, the Court and counsel received a copy of a report of the examination, filed under seal, in which Dr. Danziger opined that Defendant was feigning his condition and malingering and therefore competent to proceed.   Doc. No. 70, filed under seal.

The Court then conducted a status conference with counsel on February 13, 2023, at the conclusion of which the Court granted Defendant's oral motion for a second competency evaluation and committed Defendant to the custody of the Attorney General for a term of no more than 30 days for placement in a suitable facility to conduct a psychiatric or psychological examination of Defendant, and to

prepare and submit to the Court and all parties a psychiatric or psychological report assessing "whether [Joshua Edwards] is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against hm or to assist properly in his defense."  Doc. No. 72, at 3 (citing 18 U.S.C. §§ 4247(b), (c) and 18 U.S.C. §§ 4241(b)).  On April 17, 2023, the Court and counsel received a copy of the forensic evaluation from the Bureau of Prisons, in which the forensic psychologist, Jessica Micono, Psy. D., offered a tentative opinion that Defendant was not currently competent to proceed.   Doc. No. 94, filed under seal.

At the previously scheduled status conference held today, Doc. Nos. 95-96, counsel for Defendant and the United States both stated that they had no objections to Dr. Micono's evaluation and opinion, and both agreed that Defendant should be committed to the custody of the Attorney General for treatment in a suitable facility for restoration purposes.  In other words, the question of Defendant's present competency to proceed is not contested or disputed at this time.

Based on the evidence and the parties' agreement on the issue, I find by a preponderance of the evidence that Defendant is not mentally competent as that term is defined in section 4241(a).[1]

---

[1] The undersigned has been granted the authority to issue this order, as opposed to a report and recommendation, pursuant to *In re: Authority of United States Magistrate Judges in the Middle District of Florida*, 8:20-mc-100-SDM (Doc. 3, at

Accordingly, it is **ORDERED** that Defendant Joshua Edwards is committed to the custody of the Attorney General to be hospitalized for treatment in a suitable facility. The term of commitment is for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. 18 U.S.C. § 4241(d)(1).

It is further **ORDERED** that the Bureau of Prisons shall submit a report to the Court and counsel for the parties within **ten (10) days** after the term of commitment established herein expires addressing whether Defendant is then competent to proceed to trial or, if not, whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward. *Id.* As this time period is established by statute, the Court will not extend it. Thus, it is further **ORDERED** that the Bureau of Prisons shall promptly designate Defendant to a suitable facility and cause Defendant to be transported to that facility on an expedited basis.

It is further **ORDERED** that the United States Marshals Service shall provide a copy of this Order to the appropriate officials in the Bureau of Prisons.

---

(d)(27)).

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2023.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
Counsel for Defendant