# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:22-cr-201-WWB-LHP

**JOSHUA EDWARDS**

AUSA: Kara Wick

Defense Attorney: Charles Taylor, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **February 8, 2024**<br>10:02-10:10<br>8 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called; appearances taken; procedural setting by the Court.
Issues were addressed.
Counsel for the Defendant requested a contested competency hearing.
Order to be entered.