# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS

AUSA: Kara Wick

Defense Attorney: Andrew Searle, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **April 8, 2024**<br>10:05-10:27<br>22 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

**CLERK'S MINUTES**
**MOTION HEARING [146]**

Case called; appearances taken; procedural setting by the Court.
Government does not take a position on the motion.
Court excused the Government and proceeded with an in-camera proceeding.
Court denied the motion.
Court modified deadlines previously set.
Order to be entered.