# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

AUSA: Kara Wick

Defense Attorney: Andrew Searle, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **May 17, 2024**<br>9:34-9:58<br>24 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

### CLERK'S MINUTES
#### STATUS CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Counsel for the Defendant requested an in-camera hearing.
Counsel for the Government was excused, and the Court proceeded on an in-camera hearing.
Issues were addressed.
Order to be entered.