UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-cr-201-WWB-LHP |
| ) | |
| JOSHUA EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT JOSHUA EDWARDS'S NOTICE TO THE COURT
REGARDING DR. RANDY OTTO'S AVAILABILITY
TO CONDUCT AN EVALUATION OF THE DEFENDANT**

The undersigned counsel for the Defendant, Joshua Edwards ("Mr. Edwards"), hereby gives notice to the Court that Dr. Randy Otto has informed the undersigned that he is available to evaluate Mr. Edwards at the United States Marshals Services offices at the Orlando Courthouse on the following dates: (1) May 23, 2024; (2) May 28, 2024; (3) May 30, 2024; and (4) May 31, 2024. Because Dr. Otto will be travelling from Tampa, Florida to conduct the evaluation, he respectfully requests a start time of between 10:00 a.m. and 12:00 p.m. on the aforementioned dates.

2

Respectfully submitted on this 17th day of May, 2024.

                                                   */s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No. 0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Defendant Joshua Edwards

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2024, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

*/s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No. 0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Defendant Joshua Edwards