**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS

**ORDER**

As discussed with counsel during a status hearing held on May 17, 2024, the Court has continued the evidentiary hearing in this matter pursuant to 18 U.S.C. §§ 4241(d) and 4247 until July 10, 2024.  Doc. No. 187; *see also* Doc. No. 186.  The Court also directed counsel for Defendant to file a notice listing dates that Dr. Randy Otto is available to conduct an evaluation of Defendant.  Doc. No. 187, at 2.  Defendant has now provided that notice.  Doc. No. 188.

Upon consideration, it is therefore **ORDERED** as follows:

1. Dr. Randy Otto shall conduct the competency evaluation of Defendant pursuant to 18 U.S.C. §§ 4241(a) and (b) and 4247(b) and (c) at the United States Courthouse, 401 West Central Boulevard, Orlando Florida, on **Tuesday, May 28, 2024, commencing at 10:00 a.m.**  The evaluation shall take place in a secure room on the second floor, in the United States Marshal's Office (such as an attorney interview room or holding cell).  The secure room utilized shall not contain any partition (glass or otherwise), as Dr. Otto will require some face-to-face contact with Defendant as part of the evaluation process.

2. Dr. Otto shall have use of the secure room in the United States Marshal's Office to conduct the competency evaluation until 4:00 p.m. If Dr. Otto requires additional time to complete the evaluation, defense counsel shall promptly notify the Court so that appropriate arrangements can be made.

3. Dr. Otto is authorized to bring the following electronic equipment into the courthouse and into the United States Marshal's Office for use during the competency evaluation: a digital recording device, and a cell phone.

4. Defense counsel is not required to attend the competency evaluation.

5. Defense counsel shall ensure that the Orange County Jail provides Defendant with all necessary medications (if any) prior to his transport to the courthouse.

6. The United States Marshal shall ensure that any meals are provided to Defendant by the Orange County Jail on the date of the competency evaluation.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
Counsel for Defendant