UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSHUA EDWARDS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 6:22-cr-201-WWB-LHP |

**DEFENDANT JOSHUA EDWARDS'S NOTICE TO
THE COURT REGARDING DEFENSE EXPERT'S
<u>COMPETENCY EVALUATION OF THE DEFENDANT</u>**

The undersigned counsel for the Defendant, Joshua Edwards ("Mr. Edwards"), hereby gives notice to the Court of the following regarding the defense expert's competency evaluation of the defendant:

1. This case has been on hold since Mr. Edwards's initial appearance on December 14, 2022, where his prior defense counsel and the Court raised competency concerns with respect to Mr. Edwards's behavior and demeanor. Doc. 14 at 7-8.

2. After a series of competency evaluations, the Court found on April 28, 2023 that Mr. Edwards was not competent to proceed, pursuant to 18 U.S.C. §§ 4241(d) and 4247. *See* Docs. 69, 71, 72, 96, 97.

3. On or about January 25, 2024, the Bureau of Prisons ("BOP") submitted to the Court, under seal, a forensic evaluation report, indicating that Mr. Edwards was fit to proceed in the case. *See* Doc. 121. The BOP also submitted, under seal, a certificate of restoration of competency to stand trial for Mr. Edwards. *See* Doc. 123.

4. More recently, on May 17, 2024, the Court held a status conference on Mr. Edwards's competency hearing. Doc. 186. Following this hearing, the Court rescheduled Mr. Edwards's competency hearing for July 10, 2024 at 9:30 a.m. Doc. 187. The Court also entered an Order directing that the undersigned's expert, Dr. Randy Otto ("Dr. Otto") conduct an evaluation of Mr. Edwards on May 28, 2024, at the United States Courthouse, 401 West Central Boulevard, Orlando Florida, inside the United States Marshal's Office. *See* Doc. 189.

5. On the morning of May 28, 2024, Dr. Otto met with Mr. Edwards at the United States Marshal's Office inside of the courthouse. After meeting with Mr. Edwards and attempting to commence his evaluation, Dr. Otto requested that the undersigned come to the United States Marshal's Office to assist the doctor in his efforts to evaluate Mr. Edwards. Thereafter, the undersigned arrived at the United States Marshal's Office and met with Dr. Otto and Mr. Edwards. Despite diligent efforts, Dr. Otto was not able to complete a competency evaluation of Mr. Edwards. Moreover, Dr. Otto informed the undersigned that he will not be

rendering an opinion as to Mr. Edwards's current competency status.  Thus, the undersigned will not be relying on a report from Dr. Otto or any other defense retained experts at the upcoming competency hearing set for July 10, 2024.

6. Lastly, because he will not be relying on reports by defense retained experts, the undersigned will not be providing any such reports to the Court or the government prior to the competency hearing.  *See* Doc. 187 at 2.

Respectfully submitted on this 28th day of May, 2024.

> */s/ Andrew C. Searle*
> **ANDREW C. SEARLE, ESQ.**
> Florida Bar No.  0116461
> **SEARLE LAW P.A.**
> 200 East Robinson Street, Suite 1150
> Orlando, Florida 32801
> Telephone: 407-952-0642
> Email: andrew@searle-law.com
> *Attorney for Defendant Joshua Edwards*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2024, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

*/s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No.  0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
*Attorney for Defendant Joshua Edwards*
