UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS, ET AL.

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  */s/ Jim Peterson*
Jim Peterson
Assistant United States Attorney
Email: James.d.peterson@usdoj.gov

**U.S. v. JOSHUA EDWARDS, ET AL.**     Case No. 6:22-cr-201-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Brian Phillips, Esq.

>                     */s/ Jim Peterson*
>                     Jim Peterson
>                     Assistant United States Attorney
>                     Email: James.d.peterson@usdoj.gov