# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                 **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

AUSA: Kara Wick/Jim Petersen

Defense Attorney: Andrew Searle, Criminal Justice Act

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **July 10, 2024**<br>9:35-12:10<br>2 hours/35 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

### CLERK'S MINUTES
### COMPETENCY HEARING

Case called; appearances taken; procedural setting by the Court.
Government witness sworn and testified: Dr. Yasmeen Abdelaal
Counsel for the Defendant cross examined the witness.
Counsel for the Government re-directed the witness.
Government witness sworn and testified: Javier Mondejar
Counsel for the Defendant cross examined the witness.
Counsel for the Government re-directed the witness.
Court sets deadlines for post-hearing briefing. Order to be entered.
Court takes the matter under advisement.
Report and Recommendation to be entered.
Government made an oral motion to require the Defendant to submit to a TB test.
Counsel for the Defendant responded.
Order to be entered.