**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

---

**ORDER TO SUBMIT TO TUBERCULOSIS TESTING**

At the conclusion of the July 10, 2024 evidentiary hearing, the United States made an oral motion to compel Defendant Joshua Edwards to submit to tuberculosis testing.  Doc. No. 210; *see also* Doc. No. 209.  The United States informed the Court that Defendant has refused to be tested for active tuberculosis, which testing is necessary for the protection of the staff and of the United States Marshals Service ("USMS") with whom Defendant will or has come into contact during his transportation by the USMS during proceedings under 18 U.S.C. §§ 4241(d) and 4247(d) and Defendant's subsequent confinement.  The Court discussed this oral motion with counsel for Defendant, who stated that due to the lack of communication with his client, Defendant would not be otherwise responding to the oral motion.

Accordingly, upon due consideration and for the reasons discussed at the July 10, 2024 hearing, it is hereby **ORDERED** that a chest x-ray test for active

tuberculosis be administered to Joshua Edwards. The United States Marshals Service is authorized to take all reasonable and necessary steps to administer the test. *See, e.g. United States v. Parsons*, Case No. 4:17-cr-3038, 2017 WL 6550675, at * 1 (D. Neb. Dec. 21, 2017); *United States v. Dumonde*, Case No. 2:08-cr-173-LSC-TMP, 2008 WL 11391649 at * 1-2 (N.D. Ala. Sept. 11, 2008).

The Clerk shall serve a copy of this Order on the United States Marshals Service, and on Defendant.

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
Counsel for Defendant