**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                            **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

---

**ORDER**

Pursuant to prior notice, a restoration to competency evidentiary hearing pursuant to 18 U.S.C. §§ 4241(d) and 4247(d) was held on July 10, 2024.  *See* Doc. Nos. 151, 172, 187.  At the conclusion of the hearing, the Court made the following rulings:

1. Within **30 days** from the date of this Order, an official transcript of the evidentiary hearing will be filed on the Court docket.

2. Within **21 days** from the date of filing of the transcript, the parties shall each file post-hearing briefs, of no more than **25 pages** each.  The evidentiary submissions portion of this matter is now **closed.**

3. If any party wishes to file a responsive brief, they shall file a motion seeking such relief within **seven (7) days** from the date of the filing of the post-hearing briefs.  Absent the granting of such motion, no further briefing will be permitted.

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant