# Y. Abdelaal, Psy.D.

Metropolitan Correctional Center – Chicago (MCC Chicago)
71 W. Van Buren Street
Chicago, Illinois 60605
Ph: 312-322-0567
yabdelaal@bop.gov

## EDUCATION

**The Chicago School of Professional Psychology**  08/2015 – 07/2020
*Fully accredited by the American Psychological Association*
Doctor of Psychology; Clinical Psychology

**Adler University**  08/2013 – 07/2015
*Accredited by the Council for Accreditation of Counseling and Related Educational Programs (CACREP)*
Master of Arts in Counseling; Specialization in Forensic Psychology
*Organizations: Adler Forensics Organization*

**University of Arkansas**  08/2008 – 05/2012
Bachelor of Arts; Psychology, Spanish Minor

## LICENSURE

**State of Ohio**
**Psychologist**
License #P.08161 (Active)

## PROFESSIONAL EXPERIENCE

**Metropolitan Correctional Center – Chicago (MCC Chicago)**  09/2022-Present
*Forensic Psychologist*
- Approximately 40 hours per week
- In accordance with federal statutes, evaluating defendants to assess competency to stand trial, criminal responsibility, sentencing mitigation, and other psycholegal questions posed by the Court.
- Preparing reports regarding findings to submit to the Court.
- Administering, scoring, and interpreting assessments.
- Assisting in interdisciplinary classification of inmates by identifying behavioral, emotional, personality disorders, organic mental disorder, alcohol or drug dependencies and the subsequent development of suitable suggested programs.
- Consulting with interdisciplinary staff in assessing individual needs and maintaining security of the institution.
- Acting as Chief Psychologist, on an as needed basis, and performing duties as on call psychologist managing crises.

**Netcare Forensic Center**  08/2021- 09/2022
*Forensic Psychologist*
- Approximately 40 hours per week

Ex 1

- In accordance with the Ohio Revised Code, conducting pre-adjudication criminal forensic psychological evaluations assessing competency (adult and juvenile), mental condition at time of the offense, and intervention in lieu of conviction.
- Administering, scoring, and interpreting semi-structured competency assessments, assessments of response style (malingering and feigning measures), psychodiagnostic assessments, personality assessments, and neuropsychological assessments and screenings.
- Formulating opinions and communicating verbally and in writing regarding legal questions regarding competency, criminal responsibility, and opinions regarding the least restrictive level of care for individuals opined to be restorable with treatment (includes an assessment of dangerousness).
- Consulting with attorneys regarding specific concerns related to referrals, conducting collateral interviews, and requesting and reviewing collateral records.
- Conducting post-adjudication criminal forensic psychological evaluations assessing mitigation of sentence and conditional release evaluations in accordance with the Ohio Revised Code.
- Providing supervision for the post doctoral fellow.
- Developing and teaching forensic didactics, including: forensic assessment instruments and Ohio Case Law, and co-teaching Mandatory reporting and duty to protect and criminal responsibility didactics.

## POSTDOCTORAL FELLOWSHIP (FORENSIC)

**Netcare Forensic Center**                                          **09/2020- 08/2021**
*(ABFP Experience Waiver Postdoc Site[1])*
*Psychology Postdoctoral Fellow (Forensic)*
Primary Supervisors: Kara Predmore, Psy.D. and Terry Kukor, Ph.D., ABPP (Forensic)
- Approximately 40 hours per week
- Under direct supervision and in accordance with the Ohio Revised Code, conducted pre-adjudication criminal forensic psychological evaluations assessing competency, mental condition at time of the offense, and observed intervention in lieu of conviction.
- Under supervision, administered and interpreted semi-structured competency assessments, assessments of response style, and psychodiagnostic assessments, and co-authored reports submitted to the Court.
- Under supervision, consulted with attorneys regarding specific concerns related to referrals, conducted collateral interviews, and requested and reviewed collateral records.
- Observed and assisted with post-adjudication criminal forensic psychological evaluations assessing mitigation of sentence and conditional release evaluations in accordance with the Ohio Revised Code.

---

[1] The American Board of Forensic Psychology, Inc. (ABFP) offers waiver of the required 5 year experience requirement for applicants who successfully complete a 2000 hour formal postdoctoral training program in forensic psychology that meets certain rigorous standards.

  - Didactics and Trainings: Introduction to Forensic Psychology, Ohio and Federal Court Systems, Forensic Report Writing, The Basics of Videoconference Forensic Evaluations, Evidentiary Standards, Use of Report/Mandatory Reporting in Ohio, Competency to Stand Trial Evaluations: Foundations and Threshold Issues, Competency: Standard/Burden of Proof, and other topics, Competency: Constitutional Issues, Competency Restoration, Criminal Responsibility Evaluations, Malingering, Feigning Cognitive Impairment, Substance Abuse and Intervention in Lieu of Conviction, Juvenile Competency, Collateral Information & Social Media, Juvenile Bindovers, Cultural Issues in Forensic Assessment, Working with an Interpreter, Violence Risk Assessment.

**Federal Medical Center – Lexington (Bureau of Prisons)**     07/2019- 07/2020
Fully accredited by the American Psychological Association
*Pre-Doctoral Psychology Intern*
Primary Supervisors: Adu Boateng, Ph.D. (General Population rotation) and Geoffrey Grimm, Ph.D., ABPP (Forensic) (Forensic rotation)
- Approximately 40 hours per week
- General Population Rotation: Conducted intake screenings, psychodiagnostic testing, scoring, and interpretation, facilitated admissions and orientation to newly arrived inmates, maintained a caseload for monthly clinical contacts and individual therapy, conducted group therapy on a regularly scheduled basis, conducted special housing (SHU) reviews for inmates housed in SHU for a period of six months or more, conducted periodic SHU rounds for psychology. In addition to institution familiarization training, we were provided with the opportunity for on the job training with correctional staff to learn about their roles and maintaining the safety and security of the institution (Armory, SHU officers, Toolroom, Housing Unit officer) and during the COVID-19 pandemic, regularly assisted in conducting daily counts, serving meals to inmates, and maintaining the safety and security of the institution by assisting with correctional responsibilities and assisting incoming officers during modified operations.
- Forensic Rotation: Conducted court-ordered forensic evaluations, in accordance with Title 18, U.S.C., Section 4241 and 4242 (e.g. competency to stand trial and criminal responsibility) and co-authored reports submitted to federal courts.
- Provided ongoing consultation to correctional officers, administrative staff, and various departments regarding the treatment and management of inmates with mental health concerns.
- Assisted in interdisciplinary classification of inmates by identifying behavioral, emotional, personality disorders, alcohol or drug dependencies and recommended suitable programs for individual inmates.

**Elgin Mental Health Center (Forensic Treatment Program)**     08/2018-06/2019
*Advanced Practicum Student*
Supervisor: Loay Sandouka, Psy.D.
- Approximately 16-20 hours per week.

Y. Abdelaal, Psy.D.        4

- Conducted risk assessments for supervised/unsupervised passes and conditional release for individuals who have been adjudicated Not Guilty by Reason of Insanity (NGRI) and co-authored reports.
- Conducted individual and group therapy on a weekly basis.
- Facilitated psychoeducational groups to a diverse background of adult males who were hospitalized after being adjudicated NGRI or are UST.
- Consulted with multidisciplinary treatment team regarding individuals' progress, medical issues, and behavioral concerns to address during sessions.
- Didactics:
  - Assessment in Forensic Settings, Moral Reconation Therapy (MRT), Psychiatric Diagnoses, Professional Development & Report Writing, Personality Disorders, Delusional Disorder Diagnosis and Treatment, Neuropsychological Evaluation/Brain Injury, NGRI Evaluation, Therapy with Civilly Committed Individuals, Malingering Evaluation, UST Female Populations, Maladaptive Behaviors, Risk Factors and Relapse, Future of Psychology

**Metropolitan Correctional Center, Chicago (Bureau of Prisons)        07/2018-6/2019**
*Advanced Practicum Student*
Supervisors: Robin Watkins, Ph.D., ABPP (Forensic Psychology), Allison Schenk, Ph.D., Jason Dana, Psy.D., David Szyhowski, Psy.D., Daniel Greenstein, Psy.D.
- Approximately 8-10 hours per week.
- Under supervision, assisted with forensic intakes, administerered psychological assessments, and co-authored reports for individuals who were court ordered (under Title 18, U.S.C., Section 4241 and 4242)for competency and criminal responsibility evaluations.
- Provided individual therapy to individuals with advanced clinical presentations and conducted group therapy on a regular basis.
- Provided ongoing consultation to correctional officers, administrative staff, and various departments regarding the treatment and management of inmates with mental health concerns.
- Assisted in interdisciplinary classification of inmates by identifying behavioral, emotional, personality disorders, alcohol or drug dependencies and recommended suitable programs for individual inmates.
- Screened individuals for suicide risk, risk of sexual abusiveness, and risk of sexual victimization and providing recommendations for housing.
- Participated in orientation for new class of externs to discuss my training experience at MCC and occasionally provide informal peer supervision to students regarding policies/procedures/comportment at the facility.

**Metropolitan Correctional Center, Chicago (Bureau of Prisons)      07/2017-06/2018**
*Intermediate (Therapy) Practicum Student*
Supervisors: Robin Watkins, Ph.D., ABPP (Forensic Psychology, primary), Allison Schenk, Ph.D.., Jason Dana, Psy.D., David Szyhowski, Psy.D., Daniel Greenstein, Psy.D.
- Approximately 16-20 hours per week.
- Maintained a therapy caseload of 6-8 individuals and provided ongoing individual and group therapy.
- Under supervision, assisted with forensic intakes, administered, scored, and interpreted psychological assessments, and co-authored reports for individuals who were court ordered (under Title 18, U.S.C., Section 4241 and 4242)for competency and criminal responsibility evaluations.
    - E.g. intellectual assessments, personality assessments, measures of effort and response style, competency specific interviews, criminal responsibility specific interviews
- Under supervision, took an active role in an individual competency evaluation throughout the evaluation period.
    - Conducted the forensic intake, administered, scored, and interpreted assessments, reviewed records, assisted in the competency interview, and co-authored the competency report.
- Screened individuals for psychological concerns, medication compliance, and response to treatment.
- Provided ongoing consultation to correctional officers, administrative staff, and various departments regarding the treatment and management of inmates with mental health concerns.
- Assisted in interdisciplinary classification of inmates by identifying behavioral, emotional, personality disorders, alcohol or drug dependencies and recommended suitable programs for individual inmates.
- Co-facilitated weekly psychoeducational groups on Cognitive Skills and Mind Over Mood (mood management).
- Implemented an evidenced based mindfulness treatment group (Stress Management).
- Presented an individual case to discuss psychosocial history, diagnoses, interventions, and worked through issues in treatment.
- Didactics:
    - Professional Comportment in a Correctional Setting, Suicide Risk Assessment, Intake Screenings/Receiving & Discharge Screenings/PSIQ Reviews, Advanced Group Therapy Techniques, PDS/BEMR Training, Mental Status Examinations, Clinical Interviewing Techniques, Assessment of Personality, Prison Rape Elimination Act (PREA), Assessment of Response Style, Assessment of Cognitive Functioning, Assessment of Competency, Sex Offenders: Paraphilic Disorders and Risk Assessment, Journal of Substance Abuse, Treatment of PTSD in a Correctional Setting, Cultural Diversity, Assessment of Sanity/Criminal Responsibility, Expert Testimony and the Insanity Defense, Preparing for Licensure/EPPP/Board Certification,

Violence Risk Assessment, Career Development, and Transitional Placements.

**The Chicago School Forensic Center**                                   07/2016-07/2017
*Diagnostic Practicum Student*
*Supervisors: Casey Sharpe, Psy.D. (primary), Laura Benton, Psy.D., and Allyse Sturdivant, Ph.D.*
- Approximately 16-20 hours per week.
- Administered psychological batteries to court ordered individuals based on various referral questions, such as parenting capacity, mental health diagnoses and prognoses, & intellectual functioning.
- Wrote reports which included collateral data review from hospital records, court records, and other available data to be included in the client's report.
- Managed client caseloads, which includes correspondence with attorneys, judges, and other mental health and health care professionals, and managing client's billing accounts by tracking hours spent on client evaluations and reports.
- Conducted weekly truancy reduction groups for youth juvenile offenders that focuses on truancy reduction, conflict resolution, collaboration, and working through barriers to reduce truancy.
- Observed and participated (e.g. conducted clinical background interview) in fitness to stand trial evaluations with supervisor and discussed evaluation of fitness and restoration treatment.
- Didactics/Trainings
    - Fitness restoration treatment and evaluations, case conceptualizations, juvenile justice programming and working with resistant youths, psychoeducational group techniques, Medicaid and Medicare, Medicaid billing, and treatment planning.

**Haymarket Center**                                                      07/2014-05/2015
*Therapy Practicum Student*
*Supervisors: Paul Farina, LCPC and Kristina Shulman, Psy.D.*
- Approximately 16-20 hours per week.
- Conducted comprehensive intake assessments and risk assessments.
- Developed and implemented therapeutic treatment plans based on evidenced based practices, provided weekly Individual Therapy to 8-10 individuals, and conducted weekly Psychoeducational Groups to women on furlough through Cook County Jail.
- Provided Inpatient substance abuse treatment for incarcerated women with children.
- Didactics/Trainings:
    - HIV/AIDS, Department of Child and Family Services (DCFS), Psychopharmacology, Schedules of Drugs, Gangs, Case Conceptualization, Diagnostic Clarification, Treatment Planning, and Case Management.

**Private Practice (Dr. Casey Sharpe)**            11/2018-01/2019
*Evaluation Assistant (Contract)*
- Approximately 3-6 hours per week.
- Hired to assist with assessment administration, scoring, and interpretation for a Miranda Rights Competency Evaluation.
- Reviewing collateral data, such as police reports, police interview videos, and mental health records.
- Administering, scoring, and interpreting intellectual and achievement assessments and tests of effort and malingering.

**Applied Professional Practice (TCSPP)**            12/2016-05/2018
*Student Worker*
*Supervisors: John Shustitzky, Ph.D.; Rachel Nitzarim, Ph.D.,; Fatma Aydin, Psy.D.*
- Approximately 10-15 hours per week.
- Organized Practicum and Internship information and materials for distribution to students.
- Maintained current rosters of students for each practicum level and internship.
- Distributed information relevant to students searching for practicum and internship.

**Center for Disability & Elder Law**            01/2014-07/2014
*Community Service Practicum Student*
*Supervisor: Thomas Wendt, J.D.*
- Approximately 16-20 hours per week.
- Applied for local, regional, and federal grants to fund pro bono legal services for elder populations.
- Identified program strengths and areas for improvement based on grant requirements.
- Described legal services verbally and in writing for a non-legal audience.

**TEACHING EXPERIENCE**

**Forensic Documentation, Report Writing, & Testifying**            01/2018-05/2019
*Teaching Assistant*
*Supervisor: Casey Sharpe, Psy.D.*
- Approximately 6-8 hours per week.
- Spring semester course: 01/2018-05/2018 and returned as a teaching assistant from 01/2019-05/2019.
- Provided assistance to students, on an as needed basis, such as feedback for reports, clarifying assignment instructions, and reviewing collateral data.
- Assisted the instructor with preparing materials for the course.
- Provided a lecture on collateral record review and report writing for students at the request of the professor.
- Coordinated volunteer attorneys for a mock trial assignment for students to gain experience testifying.

## RESEARCH EXPERIENCE

**The Chicago School of Professional Psychology**          09/2015-07/2016
**Research Clerkship Student**
*Supervisor: Kin Kong, Ph.D.*
- Approximately 6-10 hours, varied weekly.
- Evaluated a National Institute of Health (NIH) funded program geared toward community health issues under the supervision of a licensed clinical psychologist.
- Wrote program evaluation reports and observing students at the MedLab at the Museum of Science and Industry to ensure students are not having negative/traumatic responses to working with a human patient simulator.
- Compiled literature for a review of effective techniques that can be utilized with brief interventions.
- Provided recommendations to promote positive student interactions and learning environment and conducting follow-up interviews with students after engaging in the program.
- Presented results of the research at the Graduate Student Research Forum.

**New Knowledge Organization**          01/2016-09/2017
**Research Assistant (contractual basis)**
*Supervisor: Kin Kong, Ph.D.*
- Approximately 6 – 10 hours, contracted
- Qualitatively analyzed data collected from focus groups for National Geographic Kids.
- Analyzed data from focus groups comprised of adults and children who were selected by National Geographic Kids to receive educational books.
- Evaluated the efficacy of the program utilized by National Geographic to promote reading and learning
- Transcribed notes from focus groups involving conservancy programs through The Nature Conservancy and the Center for Whole Communities.

## PRESENTATIONS & CONSULTATIONS

Didactic trainings for MCC Chicago:
    Forensic Series: Assessment of Competency to Stand Trial
    Case law presentations: Informed Consent
Didactics/Trainings for the Bureau of Prisons Postdoctoral Fellowship (Forensic)
    EPPP Focus Group
Presentations for the Netcare Forensic Center Forensic Psychology Post Doctoral Fellowship:
    Criminal Responsibility Didactic Series (Co-presented with Terry Kukor, Ph.D., ABPP)
    Mandatory Reporting & Duty to Protect (Co-presented with Terry Kukor, Ph.D., ABPP)

Case 6:22-cr-00201-WWB-LHP   Document 213-1   Filed 07/12/24   Page 9 of 12 PageID 962

Y. Abdelaal, Psy.D.    9

      Ohio Case Law
      Malingering (Co-presented with Shannon Porter, Psy.D.)
      Testing and Assessment (FAIs and FRIs)
Panel Member at Heidelberg University to discuss Correctional Psychology
Guest Speaker at Montville Township High School (NJ) for AP Psychology/Psychology Students (2021, 2022)
Dissertation defense during TCSPP Dissertation day for faculty and students, as well as dissertation committee (2019)
Provided consultation to school faculty regarding Argosy University student transfers (2019)
TCSPP Orientation 2018 – Student Panel Member
Islamophobia: Personal and Political (Co-presenter for faculty/students at TCSPP) (2017)
Poster Presentation at the Graduate Student Research Forum (2016)

**Rule 16 Expert Disclosures**

*18CR-4614 State of Ohio – Franklin County Court of Common Pleas – Expert Testimony regarding least restrictive setting opinion (revocation of bond hearing also) – July 28, 2022*
*22-20202 USA v. Austin (Eastern District of Michigan) - Expert Testimony in a competency hearing (March 7, 2023)*
*22-1205 MIS USA v. Hayman (District of New Mexico) – Expert Testimony in a competency hearing (October 25, 2023)*
*2:21-cr-00489-MHT-JTA USA v. McCary (Middle District of Alabama) – Expert Testimony in a competency hearing (January 26, 2024)*
*1:22-cr-003000-TJK USA v. Sisca (District of Columbia) – Expert Testimony in a competency hearing (January 29, 2024)*
*3:22-CR-102-SA USA v. Smith (Northern District of Mississippi) – Expert Testimony (June 18, 2024)*

**PROFESSIONAL DEVELOPMENT***

Trauma and Healing: Providing Safety and Care for LGBTQI People in Prison (August 10, 2023; 2 CEUs)
Social Media Ethics for Mental Health Professionals
Telehealth: Legal and Ethical Issues
Palo Alto- Concept Training – The Specialty of Police and Public Safety Psychology: A Passion for Public Service (April 5, 2022)
OhioMAS Trainings:
    National Issues related to Competency Restoration and Ohio's Response: Implemention of SB2 (November 4,2021)
    Mental Illness in the Criminal Justice System (November 2,2021)
    Skills in Forensic Testimony Part 1 and 2 (June 7, 2021)
UNM Law & Mental Health Series:
    The Basics of Conducting Conditional Release Evaluations (Michael J. Vitacco, Ph.D., ABPP, Julie Brovko, Ph.D., June 28, 2022)

    Performance Crimes and Social Media (Park Dietz, M.D., June 14, 2022)
    Rethinking our Approach to Supervision in Forensic Psychology (May 31, 2022)
    Assessment of Mens rea and other Partial Mitigating Defenses (April 12, 2022)
    An Empiricial Perspective on Forensic Telepractice: How Far Have We Come and What's Next (March 29, 2022)
    A Brief Introduction to "Get Off My Lawn – I Don't Want to Learn a New Way to Write Forensic Reports" (March 22, 2022)
    Settled Insanity: Substance Use Meets the Insanity Defense (February 08,2022)
    The Creation and Implementation of Atkins v. Virginia (December 21, 2021)
    Risk Assessment of Child Pornography Offenders – Marc Martinez, Ph.D., ABPP (October 19,2021)
    Update on Competency-based Clinical Supervision in Forensics (October 5, 2021)
    Differentiating Delusional Disorder from Extreme Political Beliefs: An Introduction to the 17-factor Model (July 13,2021)
    Psychological Evaluations for Immigration Processes (July 6, 2021)
    Traumatic Brain Injury, The Criminal Trial Process, and The Case of Lisa Montgomery (June 29, 2021)
    Dos and Donts of Depositions (June 22,2021)
    Cause and Effect: Establishing Causation in Personal Injury Cases (June 15,2021)
    Navigating Language and Culture in the Assessment of Malingering (April 6, 2021)
    Feigned Mental Disorders - Richard Rogers, Ph.D., ABPP (February 2, 2021)
    Neuropsychological considerations in forensic practice evaluation (December 1, 2020)
    Implications of Kahler v. Kansas on the Sanity Defense by Ira K. Packer, Ph.D., ABPP (October 6, 2020)
    Assessing LGBTQIA individuals in Forensic Settings (September 22, 2020)
Forensic Assessment of Malingering – Institute of Law, Psychiatry, and Public Policy (April 1, 2021)
MACAT-CA by Bob Stinson, Psy.D., J.D., LICDC-CS, ABPP (January 6, 2021)
Evaluation of Competency to Stand Trial – Revised by A.J. McConnell, Psy.D. & John Tilley, Psy.D., MSCP, ABPP from Forum Ohio (December 10,2020)
Common Errors in Forensic Evaluations by Terry Kukor, Ph.D., ABPP (December 8, 2020)
Ohio State University Department of Psychiatry and Behavioral Health Psychiatry Grand Rounds- Mental Health Implications of COVID-19 by Lauren Stephens, DO (November 18, 2020)
Assessment of Feigning and Minimization Using Videoconference and Online Methods by Barry Rosenfeld, Ph.D., ABPP (November 17, 2020)
Evaluation for Competency to Stand Trial – Revised by John Tilley, Psy.D., MSCP, ABPP (December 11, 2020)
Forensic Assessment Instrument Training: Overview of Competence to Stand Trial Evaluations by Bob Stinson, Psy.D., J.D., LICDC-CS, ABPP & John Tilley, Psy.D., MSCP, ABPP (November 30, 2020)
Common Errors in Forensic Evaluations by Terry Kukor, Ph.D., ABPP (September 17, 2020)
The Future of Personality Disorders (Martin Sellbom, Ph.D. at EKU) (2019)
Grand Rounds: Risk Assessment (Elgin MHC) (2019)

Psychopharmacology Webinar Series: Promoting Patient Well-Being: Side Effect Management of Psychotropic Medications (TCSPP) (2018)
Grand Rounds: Immigration & Mental Health Effects (Elgin MHC) (2018)
Empowering Families Affected by Mental Illness Seminar (The Chicago Bar Association) April 2018 (3.5 hour seminar)
The Criminalization of Mental Illness and the Medicalization of Evil - Webinar by Dr. Frances Allen (March 2018)
Countering Violent Extremism: What Mental Health Professionals Need to Know (APAGS, 2017)
What's wrong with professionalism? - Student presentation attendee (2016)
The Future of Preventing and Responding to Child Abuse (2016)
Violence Risk Assessment – by Nancy Zarse, Psy.D. (2016)
Collaborative Institutional Training Initiative (CITI) Human Subjects Research
European Association of Psychology and Law Conference (2015)
American Psychology-Law Society Annual Conference (2014)
Society for Police and Criminal Psychology Conference (2014)
Domestic Violence Training Seminar
Center for Disease Control & Prevention (CDC) Concussion Training
CDC Maltreatment of Children
Collaborative Institutional Training Initiative (CITI) Training on Human Subjects Research
Difficult Dialogues in Diversity Counseling
"In Her Shoes" – Domestic Violence Training
Lawyer's Assistance Program Volunteer Training (2015)
Neuroscience & Criminal Law Webinar (American Psychology-Law Society)
Gray Matters Childhood Trauma Training (Illinois Childhood Trauma Coalition)
Criminalizing Mental Illness – Chicago Bar Association

*Additional trainings can be made available upon request, if needed.

## HONORS & AWARDS

*Presidential Scholarship (2015-2016) at TCSPP*

*Nominated by Adler's Community Engagement Department – Student Modeling Social Responsibility & Leadership*

*University of Arkansas Chancellor's List*

*University of Arkansas Dean's List*

## PROFESSIONAL MEMBERSHIPS

Ohio Psychological Association, Member

American Psychological Association, Member

American Psychology-Law Society, Member