CONTROLLED/CHRI


**U.S. Department of Justice**
United States Marshals Service

**USM 129 Individual Custody/Detention Report**
Printed on: 05/12/2023



PHOTO DATE: 12/14/2022

**Name**
EDWARDS, JOSHUA EVAN

| USMS # | FID # | UCN | SSN | Alien # |
|---|---|---|---|---|
| 73844-018 | 11176442 | 3180LL9TJ | ▮▮▮ | |

**Current Physical Custody Status**
In - Remanded - Judge Ordered - M/FL - ORLANDO - ORANGE COUNTY CORRECTIONAL FACILITY

| Height | Weight | Race | Hair | Eye Color |
|---|---|---|---|---|
| 6'00" | 210 | W | BLK | BRO |

| DOB | Age | Sex | | |
|---|---|---|---|---|
| 04/26/1992 | 31 | M | | |

### HIGH-LEVEL CAUTION DATA

| Security | Medical Conditions | Handicaps | External Medical Devices |
|---|---|---|---|
| | Mental Health | | |

### OTHER IDENTITY DATA

| Name | Source | Source District | Date Created |
|---|---|---|---|
| EDWARDS, JOSHUA EVAN | NGI | ORLANDO | 12/14/2022 |

### SUPPLEMENTAL PERSONAL DATA

| DOB | SSN | Alias |
|---|---|---|
| 04/26/1992 | ▮▮▮ | EDWARDS, JOSHUA EVAN |

| Addresses | Phone Numbers | Places of Birth |
|---|---|---|
| 3058 BORASSUS DRIVE, NEW SYMRNA BEACH, US | None on record | CD |

**Miscellaneous Numbers**
No Miscellaneous Numbers On Record

### DNA

| Test Date | Deputy | Kit Number | Note |
|---|---|---|---|
| | | E2020297000000123947 | |

### ACTIVE CUSTODY DATA

| Current Owning District | Current District Office | Custody Start Date |
|---|---|---|
| M/FL | ORLANDO | 12/14/2022 |

### PHYSICAL CUSTODY STATUS HISTORY

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| In | Remanded - Judge Ordered | | 12/14/2022 | |
| In | Arrested | | 12/14/2022 | 12/14/2022 |

### ACTIVE DETAINERS

| Date | Agency Name | Contact Phone Number | Type |
|---|---|---|---|

### COURT CASE

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority.
UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

Exb 14

CONTROLLED/CHRI



**U.S. Department of Justice**
**United States Marshals Service**

**USM 129 Individual Custody/Detention Report**
Printed on: 05/12/2023

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 6:2022-CR-00201 | Arrest - Indictment | Waiting Trial | Remanded - Judge Ordered | M/FL | ORLANDO |
| **Start Date** 12/14/2022 | **End Date** | | | | |
| **Judge** | **US Attorney** | **Defense Attorney** | | | |

### Arrest Information

| Date | Agency | Location |
|---|---|---|
| 12/14/2022 | CBP | |

### Offense Information

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 2699 | Fraud | | Conspiracy to commit bank fraud and False statement to a financial institution and visa fraud |
| 2699 | Fraud | | visa fraud |
| 4803 | Making False Report | | false statement to bank |

### Sentence Information

No Sentence Information On Record

### MOVEMENT REQUESTS

| Move ID | Submit Date | Move Start Date | Hold Status |
|---|---|---|---|
| TRANSPORTATION-437111 | 02/21/2023 | | |
| TRANSPORTATION-465366 | 04/04/2023 | | |

### FACILITY DATA

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| ORLANDO | ORANGE COUNTY CORRECTIONAL FACILITY | 05/08/2023 | | 4 |
| JPATS | GRADY COUNTY JAIL | 04/27/2023 | 05/08/2023 | 11 |
| JPATS | NEVADA SOUTHERN DETENTION CENTER | 04/13/2023 | 04/27/2023 | 14 |
| JPATS | FCI ENGLEWOOD | 03/03/2023 | 04/13/2023 | 41 |
| JPATS | GRADY COUNTY JAIL | 03/02/2023 | 03/03/2023 | 1 |
| ORLANDO | ORANGE COUNTY CORRECTIONAL FACILITY | 12/14/2022 | 03/02/2023 | 78 |

**Total Days In Facilities** 149

### MEDICAL DATA

**Medical Conditions**

| Condition | Date Reported | Date Confirmed | Date Resolved | Remarks |
|---|---|---|---|---|
| Autism | 12/14/2022 | | | |

**TB Assessments**

| Status | TB Assessment Date | TB Expiration | Type | Cleared |
|---|---|---|---|---|
| Current | 02/27/2023 | 02/27/2024 | XRay | Yes |

**Immunizations**

No Immunizations On Record

**Medical Costs**

No Medical Costs On Record

**Infectious Disease Assessments**

No Infectious Disease Assessments On Record

### DETAILED CAUTIONS

**Separatees**

No Separatees On Record

**Co-Defendants**

| Name | FID | USMS # | Effective Date | End Date |
|---|---|---|---|---|
| EDWARDS, MARY JANE | 11176632 | 73846-018 | 10/07/2020 | |
| EDWARDS, JOY | 11176435 | 73843-018 | 10/07/2020 | |
| EDWARDS, EVAN WILLIAM | 11176457 | 73845-018 | 10/07/2020 | |

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority.
UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE

Page 2 of 3

CONTROLLED/CHRI


**U.S. Department of Justice**
United States Marshals Service

**USM 129 Individual Custody/Detention Report**
Printed on: 05/12/2023

## PRIOR CUSTODY 1

### PHYSICAL CUSTODY STATUS HISTORY

| Custody Status | Detention Status | Additional Custody Information | Start Date | End Date |
|---|---|---|---|---|
| In | RL-DISMISSED | | 09/18/2020 | 09/18/2020 |
| In | WT-CASE-RESOLVE | | 09/17/2020 | 09/18/2020 |

### COURT CASE

| Case Number | Case Type | Status | Detention Status | District | Office |
|---|---|---|---|---|---|
| 6:2020-MJ-01673 | Arrest - Indictment | CASE-RESOLVED | Resolved | M/FL | ORLANDO |

| Start Date | End Date |
|---|---|
| 09/17/2020 | 09/18/2020 |

**Judge**       **US Attorney**       **Defense Attorney**

### Arrest Information

| Date | Agency | Location |
|---|---|---|
| 09/17/2020 | USSS | |

### Offense Information

| Code | Description | Disposition | Remark |
|---|---|---|---|
| 2699 | Fraud | Charges Dismissed/Dropped | VISA FRAUD |

### Sentence Information

No Sentence Information On Record

### FACILITY DATA

| Custody Office | Facility Name | Admit Date | Release Date | Total Days |
|---|---|---|---|---|
| ORLANDO | CELL BLOCK | 09/18/2020 | 09/18/2020 | 1 |

**Total Days In Facilities**
1

### RESTRICTIVE HOUSING

No Restrictive Housing entries On Record

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority.
UNCLASSIFIED/LAW ENFORCEMENT SENSITIVE