```
   CCCGV  600.00 *          SECURITY/DESIGNATION       *    08-25-2023
 PAGE 001          *              DATA                 *    06:55:07
       REGNO: 73844-018   NAME: EDWARDS, JOSHUA                 ORG: DSC
RC/SEX/AGE: W/M/31  FORM D/T: 06-07-2023/1751   RES: CANADA
OFFN/CHG..: COMPETENCY EVALUATION; 6:22-CR-201-WWB-LHP; CONSP TO COMMIT
            BANK FRAUD, VISA FRAUD, BANK FRAUD;  NTE: 4M
CUSTODY..: IN          BIL:              CITIZENSHP: CANADA
CIM CONS.:                                        USM: FFLM
JUDGE....: PRICE       RECFACL/PGM: NONE/NONE           VOLSUR: NO
VS DT/LOC:                        MOS REL: 000   SEVERITY: LOW/MOD
CHP/CHS/S: 000/00/NCIC    VIOLENCE: NONE         ESCAPES.: NONE
DETAINER.: NONE        AGE: 25-35   EDUC LV: NO HS/GED,NO GED PGM   HGC: UNI
DRUG/ALC.: UNKNOWN     TOTAL: 7    SEC LVL: LOW
PUB SAFTY: ALIEN             CAR MD/MH: CARE2/STDY4-MH    OMDT REF: YES
CCM RMKS.: L/JWL; CITZ=CANADA; NO PSR-USED NCIC: PSYCH STUDY - UNDERLYING
            CHARGE - SUBMITTED FRAUDULENT PPP LOANS, USED FAKED PASSPORTS;
            PR=NONE; PC=NONE; MED/PSY/DRUG = UNKNOWN


DESIG: CHICAGO MCC RESTORATION   DSC CRF 06-07-2023 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: THIS IS A CRT ORD 4241D PSYCH STUDY.


G0002      MORE PAGES TO FOLLOW . . .
```

*Exb 15a*

```
  CCCGV  600.00 *              SECURITY/DESIGNATION         *     08-25-2023
 PAGE 002          *                  DATA                  *     06:55:07
    REGNO: 73844-018   NAME: EDWARDS, JOSHUA                        ORG: DSC
RC/SEX/AGE: W/M/31  FORM D/T: 05-12-2023/0946    RES: CANADA
OFFN/CHG..: COMPETENCY EVALUATION; 6:22-CR-201-WWB-LHP; CONSP TO COMMIT
            BANK FRAUD, VISA FRAUD, BANK FRAUD;  NTE: 4M
CUSTODY..: IN           BIL:              CITIZENSHP: CANADA
CIM CONS.:                                         USM: FFLM
JUDGE....: PRICE        RECFACL/PGM: NONE/NONE            VOLSUR: NO
VS DT/LOC:                        MOS REL: 000   SEVERITY: LOW/MOD
CHP/CHS/S: 000/00/NCIC   VIOLENCE: NONE           ESCAPES.: NONE
DETAINER.: NONE         AGE: 25-35   EDUC LV: NO HS/GED,NO GED PGM   HGC: UNI
DRUG/ALC.: UNKNOWN      TOTAL: 7     SEC LVL: LOW
PUB SAFTY: ALIEN              CAR MD/MH: CARE2/STDY4-MH     OMDT REF: YES
CCM RMKS.: L/JWL; CITZ=CANADA; NO PSR-USED NCIC: PSYCH STUDY - UNDERLYING
            CHARGE - SUBMITTED FRAUDULENT PPP LOANS, USED FAKED PASSPORTS;
            PR=NONE; PC=NONE; MED/PSY/DRUG = UNKNOWN


DESIG: BUTNER FMC-MENT HLTH       DSC ELC 05-12-2023 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: THIS IS A COURT ORDERED 4241D PSYCH STUDY.


G0002      MORE PAGES TO FOLLOW . . .
```

```
  CCCGV  600.00 *           SECURITY/DESIGNATION      *    08-25-2023
PAGE 003        *              DATA                    *    06:55:07
      REGNO: 73844-018   NAME: EDWARDS, JOSHUA              ORG: DS(
RC/SEX/AGE: W/M/31  FORM D/T: 05-11-2023/1019   RES: CANADA
OFFN/CHG..: COMPETENCY EVALUATION; 6:22-CR-201-WWB-LHP; CONSP TO COMMIT
            BANK FRAUD, VISA FRAUD, BANK FRAUD;  NTE: 4M
CUSTODY..: IN          BIL:              CITIZENSHP: CANADA
CIM CONS.:                                    USM: FFLM
JUDGE....: PRICE       RECFACL/PGM: NONE/NONE         VOLSUR: NO
VS DT/LOC:                         MOS REL: 000   SEVERITY: LOW/MOD
CHP/CHS/S: 000/00/NCIC   VIOLENCE: NONE       ESCAPES.: NONE
DETAINER.: NONE        AGE: 25-35   EDUC LV: NO HS/GED,NO GED PGM   HGC: UNI
DRUG/ALC.: UNKNOWN     TOTAL: 7     SEC LVL: LOW
PUB SAFTY: ALIEN            CAR MD/MH: CARE2/STDY4-MH      OMDT REF: YE!
CCM RMKS.: L/JWL; CITZ=CANADA; NO PSR-USED NCIC: PSYCH STUDY - UNDERLYING
            CHARGE - SUBMITTED FRAUDULENT PPP LOANS, USED FAKED PASSPORTS;
            PR=NONE; PC=NONE; MED/PSY/DRUG = UNKNOWN




G0002      MORE PAGES TO FOLLOW . . .
```

```
   CCCGV  600.00 *              SECURITY/DESIGNATION        *      08-25-2023
   PAGE 004           *                   DATA               *      06:55:07
       REGNO: 73844-018   NAME: EDWARDS, JOSHUA                        ORG: DSC
RC/SEX/AGE: W/M/31  FORM D/T: 02-21-2023/1208    RES: CANADA
OFFN/CHG..: COMPETENCY EVALUATION; 6:22-CR-201-WWB-LHP; CONSP TO COMMIT
            BANK FRAUD, VISA FRAUD, BANK FRAUD;  NTE: 30DAYS
CUSTODY..: IN           BIL:              CITIZENSHP: CANADA
CIM CONS.:                                      USM: FFLM
JUDGE....: PRICE        RECFACL/PGM: NONE/NONE            VOLSUR: NO
VS DT/LOC:                        MOS REL: 000    SEVERITY: LOW/MOD
CHP/CHS/S: 000/00/NCIC    VIOLENCE: NONE           ESCAPES.: NONE
DETAINER.: NONE         AGE: 25-35    EDUC LV: NO HS/GED,NO GED PGM    HGC: UNI
DRUG/ALC.: UNKNOWN      TOTAL: 7      SEC LVL: LOW
PUB SAFTY: ALIEN               CAR MD/MH: SCRN2/STDY3-MH      OMDT REF: YES
CCM RMKS.: L/BLD. CITZ=CANADA; NO PSR-USED NCIC: PSYCH STUDY - UNDERLYING
            CHARGE - SUBMITTED FRAUDULENT PPP LOANS, USED FAKED PASSPORTS;
            PR=NONE; PC=NONE; MED/PSY/DRUG = UNKNOWN


DESIG: ENGLEWOOD FCI DET CTR     DSC ELC 02-21-2023 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: THIS IS A COURT ORDERED 4241B PSYCH STUDY.


G0002      MORE PAGES TO FOLLOW . . .
```

```
  CCCGV  600.00  *         SECURITY/DESIGNATION      *      08-25-2023
  PAGE 005 OF 005 *              DATA                *      06:55:07
      REGNO:  73844-018   NAME: EDWARDS, JOSHUA                   ORG: DS(
  RC/SEX/AGE: W/M/31  FORM D/T: 02-16-2023/1351   RES: CANADA
  OFFN/CHG..: COMPETENCY EVALUATION; 6:22-CR-201-WWB-LHP; CONSP TO COMMIT
              BANK FRAUD, VISA FRAUD, BANK FRAUD;  NTE: 30DAYS
  CUSTODY..: IN          BIL:             CITIZENSHP: CANADA
  CIM CONS.:                                    USM: FFLM
  JUDGE....: PRICE      RECFACL/PGM: NONE/NONE              VOLSUR: NO
  VS DT/LOC:                       MOS REL: 000    SEVERITY: LOW/MOD
  CHP/CHS/S: 000/00/NCIC   VIOLENCE: NONE        ESCAPES.: NONE
  DETAINER.: NONE       AGE: 25-35   EDUC LV: NO HS/GED,NO GED PGM    HGC: UNI
  DRUG/ALC.: UNKNOWN    TOTAL: 7     SEC LVL: LOW
  PUB SAFTY: ALIEN             CAR MD/MH: SCRN2/SCRN4-MH     OMDT REF: YE!
  CCM RMKS.: L/BLD. CITZ=CANADA; NO PSR-USED NCIC: PSYCH STUDY - UNDERLYING
             CHARGE - SUBMITTED FRAUDULENT PPP LOANS, USED FAKED PASSPORTS;
             PR=NONE; PC=NONE; MED/PSY/DRUG = UNKNOWN




  G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  CCCGV  535.03 *            INMATE PROFILE           *       07-08-2024
PAGE 001                                                       10:44:22
              ┌─────────────────┐  ┌───┐
              │ 73844-018       │  │REG│
              └─────────────────┘  └───┘
REGNO: 73844-018              FUNCTION: │DIS│ DOB/AGE.: 04-26-1992 / 32
NAME.: EDWARDS, JOSHUA                 R/S/ETH.: W/M/O   WALSH: NO
RSP..: CCC-CHICAGO MCC                 MILEAGE.: N/A
PHONE: 312-322-0567       FAX: 312-347-4012
ARS ASSIGNMENT..: STUDY AND OBS COMPLETED     FBI NO..: 3180LL9TJ
ARS DATE/TIME...: 01-08-2024/0647             INS NO..:
 PROJ REL METHOD: UNKNOWN                     SSN.....: ████████
 PROJ REL DATE..: UNKNOWN       PSYCH: NO     DETAINER: NO     CMC..: NO
         - - - - - - - -  RELEASE DESTINATION  - - - - - - - - -
         AGENCY...............:
         DST ASSIGNMENT.......:
         ADDRESS..............: USMS ORLANDO
                               ORLANDO, FLORIDA 32801
OFFN/CHG RMKS: COMPETENCY EVALUATION; 6:22-CR-201-WWB-LHP; CONSP TO COMMIT
OFFN/CHG RMKS: BANK FRAUD, VISA FRAUD, BANK FRAUD;  NTE: 4M



G0002      MORE PAGES TO FOLLOW . . .
```

```
  CCCGV  535.03 *            INMATE PROFILE              *        07-08-2024
PAGE 002 OF 002                                                  10:44:22
        ┌─────────────────────┐  ┌─────┐
        │ 73844-018           │  │ REG │
        └─────────────────────┘  └─────┘
REGNO: 73844-018                    FUNCTION: ┌─────┐ DOB/AGE.: 04-26-1992 / 32
                                              │ DIS │
                                              └─────┘
NAME.: EDWARDS, JOSHUA                        R/S/ETH.: W/M/O      WALSH: NO
RSP..: CCC-CHICAGO MCC                         MILEAGE.: N/A
PHONE: 312-322-0567        FAX: 312-347-4012

  FACL CATEGORY   - - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
  CCC  ADM-REL    STDY CMPLT STUDY AND OBS COMPLETED         01-08-2024 0647
  CCC  CARE LEVEL CARE2      STABLE, CHRONIC CARE            03-04-2023 0736
  CCC  CARE LEVEL STDY4-MH   STDY4-MENTAL HEALTH-FORENSIC    05-11-2023 1019
  CCC  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY    02-16-2023 1340
  CCC  DESIG/SENT LIMA       TEAM LIMA                       02-16-2023 1340
  CCC  EDUC INFO  GED UNK    GED STATUS UNKNOWN              03-03-2023 1109
  CCC  FIN RESP   UNASSG     FINANC RESP-UNASSIGNED          02-16-2023 1336
  CCC  LEVEL      LOW        SECURITY CLASSIFICATION LOW     02-16-2023 1351
  CCC  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD         03-04-2023 0736
  CCC  MED DY ST  REG DUTY   NO MEDICAL RESTR--REGULAR DUTY  03-04-2023 0736
  CCC  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE        03-04-2023 0736
  CCC  RELIGION   MUSLIM     MUSLIM                          08-29-2023 1120


 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

## Bureau of Prisons
## Psychology Services
## Institution Disciplinary Process Report

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: CCC | Unit Team: | JAIL REST |
| Date: | 12/22/2023 06:39 | Provider: | Schenk, Allison PhD | | | |

### Reason for Referral and Identifying Information

Mr. Edwards is a 31-year-old male designated to MCC Chicago to participate in competency restoration treatment and has a STDY4-MH assignment. On 12/21/2023, Mr. Edwards was written an incident report for 329 - Destroying Property $100 or Less (IR# 3870113). According to the incident report, it is alleged that on 12/21/2023, during routine safety rounds, paint was found to be peeled off of the ceiling in the cell where Mr. Edwards was assigned. As Mr. Edwards is at MCC Chicago to participate in jail-based competency restoration, his incident report was suspended pending MHE. Per policy, he was referred for a mental health evaluation to determine his competency to undergo the disciplinary process and his responsibility at the time of the alleged incident.

### Background Information

Mr. Edwards' competency restoration evaluation remains ongoing. Efforts to obtain additional information about his background continue; however, he has consistently declined opportunities to provide such information when asked. He also continues to decline to participate in competency restoration treatment. He explains he needs to speak with or have his lawyer present when interacting with treatment and/or evaluating psychology staff members. According to a Forensic Examination Summary Report completed on 4/17/2023 during a previous court-ordered evaluation at FCI Englewood, Mr. Edwards denied a history of mental illness, mental health treatment, and suicide attempts.

### Clinical Interview and Mental Status Exam

Based on his most recent CCARE Team Note, dated 12/8/2023, Mr. Edwards is enrolled in daily morning meetings, as well as a competency restoration group and the Slater Method competency restoration group (Note: his enrollment in the Slater Method competency restoration group is based on previous diagnoses). According to that documentation, he does not attend these treatment opportunities, despite encouragement, as he explains he will not participate in restoration efforts without his attorney present. Documentation reflects he is also enrolled in a unit-based recreational group that encourages interacting with peers (e.g., playing games, watching movies), which Mr. Edwards sporadically participates in. While at MCC Chicago, there have been no behavioral concerns reported regarding Mr. Edwards and he has been observed watching television on the housing unit, playing board games, and interacting appropriately with peers. It has been observed by staff members that when treatment staff are present and holding meetings or treatment groups, Mr. Edwards will leave common areas on the unit and go to his cell. He has been living with a cellmate with no reported concerns or problems. He is not prescribed any psychiatric medications at this time. He also has not expressed interest or the need for that form of treatment since his arrival at MCC Chicago.

Despite his refusal to participate in the Jail-Based Competency Restoration program, Mr. Edwards continues to present as alert and oriented to person, place, and time. He has maintained adequate hygiene and grooming. He explains his refusal to participate in the JBR program is because he does not want to interact with staff without his attorney present. Despite his lack of cooperation and/or participation, there have been no overt signs of psychosis, a mood-related disorder, or memory impairment observed in his speech or behaviors to date. His mental status continues to be routinely assessed while he remains at this institution.

### Clinical Impression

Mr. Edwards' competency to proceed with federal criminal charges was previously evaluated at FCI Englewood. According to a Diagnostic and Care Level Formulation completed at the end of that evaluation on 4/17/2023, he was diagnosed with rule-out malingering and rule out autism spectrum disorder - level 1. Because his current competency restoration evaluation remains ongoing, updated diagnostic conceptualizations are deferred to his assigned evaluator and will be provided at the conclusion of his competency restoration period.

### Findings

Any potential symptoms of mental illness or impairment Mr. Edwards may be experiencing remains under evaluation. At this time, any such impairments are not to the extent that would prohibit him from proceeding with the institutional disciplinary process as it pertains to this incident report. With respect to the question of responsibility, should the DHO determine the inmate committed the alleged incident, he appears capable of being held responsible for his actions.

### Recommendations Regarding Sanctions

Given his present participation in competency restoration treatment and designation as STDY4-MH, it is recommended Mr. Edwards have a staff representative from Psychology Services present during UDC/DHO proceedings to answer any questions and ensure his understanding of the proceedings. Sanctions are deferred to the discretion of the

Ex5 156

| Inmate Name: | EDWARDS, JOSHUA | | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: | CCC | Unit Team: | JAIL REST |
| Date: | 12/22/2023 06:39 | Provider: | Schenk, Allison PhD | | | | |

UDC/DHO.

Completed by Schenk, Allison PhD on 12/22/2023 07:21

## Bureau of Prisons
## Psychology Services
## CCARE Team Note

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: CCC | Unit Team: | JAIL REST |
| Date: | 12/08/2023 11:47 | Provider: | Nowak, W. PsyD | | | |

## Participants

Participants A CCARE Team meeting was held. Staff from the psychology services department were in attendance. Additionally, the Psychiatrist, Pharmacist, Unit Team, Captain, Nurses, Medical staff, and Associate Wardens were invited to attend and their input regarding the inmate was solicited.

## Comments

During the CCARE Team meeting, the following concerns were reviewed:

Compliance with Treatment: Mr. EDWARDS is a current participant of the Jail Based Restoration Program at MCC Chicago. The program includes daily morning meetings, curriculum-based restoration groups, other various treatment groups (including but not limited to: Mental Health Wellness, Anger Management, Criminal Thinking, Trauma, Specific Slater Method Restoration groups etc.). The program also incorporates meetings with their assigned evaluator, meetings with psychiatry and medical staff as appropriate, and individual therapeutic contacts as requested.

Per the eMAR, he is not currently prescribed medication at this time. Mr. EDWARDS's has been observed to not attend groups or morning meetings that are held on the unit per the JBR treatment staff. He is enrolled in the Slater method group due to historical diagnoses. JBR treatment staff stated he has not attended this group despite multiple attempts to encourage participation. He reported he will not attend treatment groups or participate in his evaluation without the presence of his attorney.

Housing and/or Cellmate Concerns: He currently has a cell mate and has not expressed any concerns at this time.

Work or leisure Time: Mr. EDWARDS has been observed by JBR treatment staff to be on the unit watching television.

Behavior Concerns: No noted concerns at this time.

Risk of Bullying/Abuse by Other Inmates: No noted concerns at this time

Escalating patterns of destructive or dangerous behavior: No noted concerns at this time.

Social Interactions/Support: Mr. EDWARDS has verbalized to staff that he does not wish to speak with them without his lawyer present. Staff on the JBR unit have continued to encourage him and provide psychoeducation to increase participate in restoration treatment.

Currently, the inmate is a participant of court ordered Jail based restoration. Due to his active forensic study, any diagnoses, if applicable, are deferred to his evaluator at the completion of his evaluation.

Completed by Nowak, W. PsyD on 12/12/2023 14:06

**Bureau of Prisons**                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Administrative Contact with an Inmate**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: | CCC | Unit Team: | JAIL REST |
| Date: | 12/07/2023 12:42 | Provider: | Franzen, A. Psy.D | | | | |

**<u>Comments</u>**

This writer made one more attempt to encourage Inmate EDWARDS to participate in the Restoration groups. Inmate has been at MCC Chicago since August and he has refused to engage in Restoration groups and/or any other programming offered on the unit throughout his time here. Inmate EDWARDS again told this writer that he "can't talk without [his] attorney." This writer attempted to provide information about why he was referred here and unfortunately, even when Motivational Interviewing techniques were utilized in an attempt to get him to engage he was not receptive and reported that he had no interest in participating in the programming.

Completed by Franzen, A. Psy.D on 12/07/2023 12:48

## Bureau of Prisons
## Psychology Services
## CCARE Team Note

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: | CCC | Unit Team: | JAIL REST |
| Date: | 10/27/2023 10:58 | Provider: | Nowak, W. PsyD | | | | |

### Participants

A CCARE Team meeting was held. Staff from the psychology services department were in attendance. Additionally, the Psychiatrist, Pharmacist, Unit Team, Captain, Nurses, Medical staff, and Associate Wardens were invited to attend and their input regarding the inmate was solicited.

### Comments

During the CCARE Team meeting, the following concerns were reviewed:

Compliance with Treatment: Mr. EDWARDS is a current participant of the Jail Based Restoration Program at MCC Chicago. The program includes daily morning meetings, curriculum-based restoration groups, other various treatment groups (including but not limited to: Mental Health Wellness, Anger Management, Criminal Thinking, Trauma, Specific Slater Method Restoration groups etc.). The program also incorporates meetings with their assigned evaluator, meetings with psychiatry and medical staff as appropriate, and individual therapeutic contacts as requested. Per the eMAR, he is not currently prescribed medication at this time. Mr. EDWARDS's has been observed to not attend groups or morning meetings that are held on the unit per the JBR treatment staff. It appears that he does not wish to participate in groups or with staff without the presence of his attorney, per his report.

Housing and/or Cellmate Concerns: He currently has a cell mate and has not expressed any concerns at this time.

Work or leisure Time: According to staff on the unit, Mr. EDWARDS has been observed to be on the main floor but will return back to his cell once staff begins morning meetings or groups.

Behavior Concerns: No noted concerns at this time.

Risk of Bullying/Abuse by Other Inmates: No noted concerns at this time.

Escalating patterns of destructive or dangerous behavior: No noted concerns at this time.

Social Interactions/Support: Mr. EDWARDS has verbalized to staff that he does not wish to speak with them without his lawyer present. Staff on the JBR unit have continued to encourage him and provide psychoeducation to increase participate in restoration treatment.

Currently, the inmate is a participant of court ordered Jail based restoration. Due to his active forensic study, any diagnoses, if applicable, are deferred to his evaluator at the completion of his evaluation.

Completed by Nowak, W. PsyD on 11/02/2023 09:07

**Bureau of Prisons**                                          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Administrative Contact with an Inmate**

| Inmate Name: | EDWARDS, JOSHUA | | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: | CCC | Unit Team: | JAIL REST |
| Date: | 10/12/2023 13:25 | Provider: | Franzen, A. Psy.D | | | | |

**Comments**

This Advanced Care Level Treatment Psychologist again met with Inmate EDWARDS today for a confidential meeting to attempt to gain information about why Inmate is refusing to participate in all unit programming and encourage Inmate to participate. Inmate EDWARDS was reasonably cooperative and pleasant and reported that he has no interest in participating in the JBCR program and that he cannot answer questions without his lawyer present. This writer attempted to again explain the purpose of his current placement at MCC Chicago for Competency Restoration services and he reported that he has no plan to participate in any programming while here and that he will only speak with his lawyer.

Of note, this writer has noticed a pattern of behavior wherein Inmate EDWARDS is out on the unit socializing with other inmates and watching television/ playing board games until this writer leaves her office to head to the main floor to complete Morning Meeting, or Treatment groups. At this time, Inmate EDWARDS returns to his cell to seemingly avoid having contact with treatment staff.

Motivational Interviewing techniques were attempted as a means to encourage appropriate participation in the JBCR program.

Completed by Franzen, A. Psy.D on 10/12/2023 13:29

**Bureau of Prisons**                          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Administrative Contact with an Inmate**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: | CCC | Unit Team: | JAIL REST |
| Date: | 09/21/2023 14:12 | Provider: | Franzen, A. Psy.D | | | | |

**<u>Comments</u>**

This Advanced Care Level Treatment Psychologist met with Inmate EDWARDS today for a confidential meeting to attempt to gain information about why Inmate is refusing to participate in all unit programming and encourage Inmate to participate. Inmate EDWARDS was reasonably cooperative and pleasant and reported that he has no interest in participating in the JBCR program and that he cannot answer questions without his lawyer present. This writer attempted to again explain the purpose of his current placement at MCC Chicago for Competency Restoration services and he reported that he has no plan to participate in any programming while here and that he will only speak with his lawyer.

Completed by Franzen, A. Psy.D on 09/21/2023 14:16

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | |
|---|---|---|---|
| **Inmate Name:** EDWARDS, JOSHUA | | | **Reg #:** 73844-018 |
| **Date of Birth:** 04/26/1992 | **Sex:** M | **Facilitator:** (P)Franzen, A. Psy.D | |
| **Date:** 07/24/2023 | **Group Facility:** CCC | **Group Title:** [220] Slater Method Competency Restoration | |

**Status:** Withdrew
**Enroll Date:** 09/19/2023    **End Date:** 01/08/2024
**Total Hours:** 2

## SESSION DATA:

**Number of Sessions:** 10    **First Session Date:** 10/02/2023    **Last Session Date:** 12/19/2023

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 12/19/2023 | Reviewing Test Materials | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: In the JBR Slater Method Group we discussed the recent "tests" of materials given in the recent JBR Curriculum group. The test questions were reviewed at a slower pace and Inmates were encouraged to ask questions and explanations were given for the correct answers.

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2023 | 12/11/23 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Today's session focused on the court process. Specifically, what to expect in court and appropriate courtroom behavior.

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2023 | 12/4/23 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Today's session focused on reviewing core concepts of people's roles in court room, possible plea options, "pros and cons" of taking a plea deal and understanding that the Judge is the person who ultimately decides competency.

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2023 | 11/27/23- No Group | 0 | Absent Excused | Not Apply | Not Apply |

Session Note: Group unable to be run this week due to Facilitator's On Call responsibilities.

| | | | | | |
|---|---|---|---|---|---|
| 11/20/2023 | 11/20/23-Module 1-Purpose of Training | 60 | Complete Session | Good | Satisfactory |

Session Note: Group focused on Module 1-Purpose of Training: Review of Charges, Pleas, and Potential Consequences

| | | | | | |
|---|---|---|---|---|---|
| 11/06/2023 | 11/6/2023 | 60 | Complete Session | Good | Not Apply |

Session Note: Reviewed Roles in the Courtroom

| | | | | | |
|---|---|---|---|---|---|
| 10/30/2023 | 10/30/2023 | 0 | Absent Excused | Not Apply | Not Apply |

Session Note: Group cancelled due to faciltator being On Call Psychologist and completing SRAs.

| | | | | | |
|---|---|---|---|---|---|
| 10/23/2023 | 10/23/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Discussed Roles in Court Room

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2023 | 10/9/23 HOLIDAY NO GROUP | 0 | Absent Excused | Good | Not Apply |
| 10/02/2023 | 10/2/23 | 0 | Absent Not Excused | Not Apply | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 20.0 % | Good | 30.0 % | Not Apply | 90.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 10.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 30.0 % | Not Apply | 70.0 % | | |
| Absent Not Excused | 50.0 % | | | | |

**Bureau of Prisons**          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Institution Disciplinary Process Report**

| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Facility:  CCC | Unit Team: | JAIL REST |
| Date: | 09/08/2023 08:56 | Provider: | Schenk, Allison PhD | | | |

## Reason for Referral and Identifying Information

Mr. Edwards is a 31-year-old male designated to MCC Chicago to participate in competency restoration treatment and has a STDY4-MH assignment. On 09/06/2023, Mr. Edwards was written an incident report for 307 - Refusing to Obey an Order (IR# 3822297). According to the incident report, it is alleged that on 09/06/2023, Mr. Edwards was given multiple orders to remove the paper that was coving the light in his cell and he refused to do so. As Mr. Edwards is at MCC Chicago to participate in jail-based restoration, his incident report was suspended pending MHE. Per policy, he was referred for a mental health evaluation to determine his competency to undergo the disciplinary process and his responsibility at the time of the alleged incident.

## Background Information

Mr. Edwards competency restoration evaluation remains ongoing and additional information is still being gathered about his background. He has also declined opportunities to provide information about his background when asked, citing he needs to speak with or have his lawyer present. According to a Forensic Examination Summary Report, completed on 4/17/2023 during a previous court-ordered evaluation, Mr. Edwards denied a history of mental illness, mental health treatment, and suicide attempts.

## Clinical Interview and Mental Status Exam

Mr. Edwards recently arrived to MCC Chicago for a competency restoration evaluation. He has presented as alert and oriented to person, place, and time. However, he has not been forthcoming in answering questions in more than one interviews, as he explains he is not supposed to answer questions without his lawyer present or without discussing the topics with his lawyer first. Despite these statements and lack of cooperation, there have been no overt signs of psychosis, a mood-related disorder, or memory impairments indicated in his speech or behaviors. His mental status will continue to be assessed. He is also frequently observed in his housing unit by staff members from a variety of disciplines and he has not had seemed to have difficulty interacting with his peers to date. He is currently enrolled in a competency restoration group and morning meeting. His attendance and participation in these group activities have been good. He is not prescribed any psychiatric medications at this time.

## Clinical Impression

Mr. Edwards' competency was previously evaluated at FCI Englewood. According to a Diagnostic and Care Level Formulation, completed on 4/17/2023 at the end of that evaluation, he was diagnosed with rule-out malingering and rule-out autism spectrum disorder - level 1. Because his current evaluation remains ongoing, updated diagnostic conceptualizations are deferred to his assigned evaluator and will be provided at the conclusion of his competency restoration period.

## Findings

No competency related deficits have been identified for this institutional disciplinary process. The inmate is appropriate for continuation of the disciplinary process as it pertains to this incident report. With respect to the question of responsibility, should the DHO determine the inmate committed the alleged incidents, he appears capable of being held responsible for his actions.

## Recommendations Regarding Sanctions

Given his present participation in competency restoration treatment and designation as STDY4-MH, it is recommended Mr. Edwards have a staff representative from Psychology Services present during UDC/DHO proceedings to answer any questions and ensure his understanding of the proceedings. Sanctions are deferred to the discretion of the UDC/DHO.

| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: CCC | Unit Team: | JAIL REST |
| Date: | 09/08/2023 08:56 | Provider: | Schenk, Allison PhD | | | |

Completed by Schenk, Allison PhD on 09/08/2023 09:14

**Bureau of Prisons**                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: | CCC | Unit Team: | JAIL REST |
| Date: | 08/30/2023 15:17 | Provider: | Franzen, A. Psy.D | | | | |

**Focus of Session**

Inmate EDWARDS was seen for a confidential, intake screening and welcome/ informational clinical contact into the Jail Based Competency Restoration program at MCC Chicago with the program treatment psychologist in the Psychology office on Unit 13.

**Subjective/Objective Presentation**

Inmate EDWARDS was alert and oriented to all spheres. His mood was calm with blunted affect but intense eye contact. Inmate presented as peculiar. Thinking processes were seemingly clear, linear and goal directed. However, he was fixated on the thought that he would not answer any questions without his lawyer present. There was no evidence of Inmate responding to internal stimuli or psychotic thought content. Inmate's speech was quiet in volume and slow in pace. There were no noted gait abnormalities. Inmate's grooming and hygiene were adequate. Based on the limited information discussed during the session recent and remote memory appear intact.

Inmate EDWARDS was seen to attempt at intake with him. However, he refused to answer any questions asked of him. He interrupted this writer multiple times when she explained that he didn't need to answer questions if he wasn't comfortable doing so but that she could explain about the program. Inmate stated that he cannot speak to "anyone without [his] lawyer present." This writer attempted to explain why he was here and that he could call and speak with his attorney his attorney would not be present for all of the classes, groups and evaluation sessions he stated, "I need to talk to my lawyer." The only question Inmate would answer is that he was not currently having thoughts of harming himself.

**Intervention(s)**

Provided Orientation/Education about the Program/Unit
Active listening
Rapport building techniques
Assessment of current functioning
Screened for Suicide Risk

**Progress/Plan**

Inmate EDWARDS will be seen regularly by this writer, Unit Treatment Specialist and his assigned Forensic Evaluator on the JBR Unit. He will be expected to engage in Competency Restoration groups and other offered Psychology and Recreational programming. Inmate was educated and aware of how to access Psychology Services for both Urgent and Non-Urgent Mental Health needs.

Completed by Franzen, A. Psy.D on 09/01/2023 08:46

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | |
|---|---|---|---|
| **Inmate Name:** EDWARDS, JOSHUA | | | **Reg #:** 73844-018 |
| **Date of Birth:** 04/26/1992 | **Sex:** M | **Facilitator:** (P)Franzen, A. Psy.D | |
| **Date:** 02/03/2023 | **Group Facility:** CCC | **Group Title:** [203] Competency Restoration Group | |

**Status:** Completed
**Enroll Date:** 08/24/2023  **End Date:** 01/08/2024
**Total Hours:** 4

## SESSION DATA:

**Number of Sessions:** 32  **First Session Date:** 08/24/2023  **Last Session Date:** 01/04/2024

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 01/04/2024 | Session 1: Who's Who in the Court Room Review #2 | 0 | Absent Not Excused | Poor | Unsatisfactory |
| 12/28/2023 | Session 1: Who's Who in the Court Room Review | 0 | Absent Not Excused | Poor | Unsatisfactory |
| 12/19/2023 | Session 1: Who's Who in the Court Room | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Discussed roles of participants in the court room and what the job/expectations are of each person.

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2023 | Session 12 Review Question/Answer Session | 0 | Absent Not Excused | Poor | Unsatisfactory |
| 12/12/2023 | Session 12: Final Test | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/07/2023 | Session 12: Review of all curriculum | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Reviewed all of the curriculum material using a question handout. Completed Session 12 Review Packet and went around the room asking each group participant to answer questions. Participants did very well answering the questions correctly overall.

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2023 | Session 11: My Cousin Vinny Review Questions | 0 | Absent Not Excused | Poor | Not Apply |
| 11/28/2023 | Extended Movie My Cousin Vinny | 0 | Absent Not Excused | Good | Unsatisfactory |
| 11/24/2023 | 11/23/2023-Thanksgiving Holiday: No Group | 0 | Absent Excused | Not Apply | Not Apply |

Session Note: Group cancelled due to Thanksgiving Holiday.

| | | | | | |
|---|---|---|---|---|---|
| 11/21/2023 | Session 10: My Cousin Vinny Movie | 0 | Absent Not Excused | Poor | Not Apply |
| 11/16/2023 | Session 9: Appropriate Courtroom Behavior Review | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/14/2023 | Session 9: Appropriate Courtroom Behavior | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/09/2023 | Session 8: Review | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/07/2023 | Session 8: Cooperating with Attorney | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/02/2023 | Session 7: Evidence & Testimony Review | 0 | Absent Not Excused | Not Apply | Not Apply |

| **Inmate Name:** | EDWARDS, JOSHUA | | | | **Reg #:** | 73844-018 |
|---|---|---|---|---|---|---|
| **Date of Birth:** | 04/26/1992 | **Sex:** M | **Facilitator:** | (P)Franzen, A. Psy.D | | |
| **Date:** | 02/03/2023 | **Group Facility:** CCC | **Group Title:** | [203] Competency Restoration Group | | |

| **Date** | **Title** | **Duration** | **Attendance** | **Participation** | **Homework** |
|---|---|---|---|---|---|
| 10/31/2023 | Session 7: Evidence & Testimony | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/26/2023 | The Jury Review | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/24/2023 | Session 6: Jury | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/19/2023 | Session 5 Plea Deals Review | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/17/2023 | Session 5: Plea Deals | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/10/2023 | Session 4: Pleas | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/05/2023 | Session 3: Review | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/03/2023 | Session 3: Federal Sentencing Guidelines | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/28/2023 | Session 2 Review Part 2 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/21/2023 | Session 2 Review | 60 | Complete Session | Good | Satisfactory |
| 09/19/2023 | Session 2 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/14/2023 | Session One Review | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/07/2023 | Session 1: Who's Who In the Court Room | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/05/2023 | Unit Locked Down | 0 | Absent Excused | Not Apply | Not Apply |
| 08/31/2023 | Court System Movie | 0 | Absent Not Excused | Not Apply | Not Apply |
| 08/29/2023 | JBR Session 12 Full Review and Test | 60 | Complete Session | Good | Satisfactory |
| 08/24/2023 | Movie: My Cousin Venny | 120 | Complete Session | Good | Satisfactory |

| **Attendance** | | **Participation** | | **Homework** | |
|---|---|---|---|---|---|
| Complete Session Present | 9.4 % | Good | 12.5 % | Not Apply | 78.1 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 9.4 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 15.6 % | Unsatisfactory | 12.5 % |
| Absent Excused | 6.2 % | Not Apply | 71.9 % | | |
| Absent Not Excused | 84.4 % | | | | |

**Bureau of Prisons**          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Group Participation**

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | EDWARDS, JOSHUA | | **Reg #:** | 73844-018 |
| **Date of Birth:** | 04/26/1992 | **Sex:** M | **Facilitator:** | (P)Franzen, A. Psy.D |
| **Date:** | 03/15/2023 | **Group Facility:** CCC | **Group Title:** | [207] Daily Morning Unit Meeting |

**Status:** Completed
**Enroll Date:** 08/24/2023    **End Date:** 01/08/2024
**Total Hours:** 6.33

## SESSION DATA:

**Number of Sessions:** 72    **First Session Date:** 08/24/2023    **Last Session Date:** 01/02/2024

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 01/02/2024 | Morning Meeting 1/2/2024 | 30 | Complete Session | Good | Satisfactory |
| 12/29/2023 | Morning Meeting 12/29/2023 | 0 | Absent Not Excused | Poor | Unsatisfactory |
| 12/26/2023 | 12/26/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Group processed the holiday weekend, welcomed 4 new JBR Inmates and set expectations for the week.

| | | | | | |
|---|---|---|---|---|---|
| 12/25/2023 | 12/25/2023-No Group | 0 | Absent Excused | Good | Not Apply |

Session Note: No Groups Occurred due to Christmas Holiday

| | | | | | |
|---|---|---|---|---|---|
| 12/22/2023 | 12/22/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/21/2023 | 12/21/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/20/2023 | 12/20/23 | 0 | Absent Not Excused | Not Apply | Satisfactory |
| 12/19/2023 | 12/19/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/18/2023 | 12/18/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/15/2023 | 12/15/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/14/2023 | 12/14/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/13/2023 | 12/13/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/12/2023 | 12/12/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/11/2023 | 12/11/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/08/2023 | 12/8/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Positive Friday/ Reviewed programming plan for the day

| | | | | | |
|---|---|---|---|---|---|
| 12/07/2023 | 12/7/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Gratitude Thursday, did group introductions to new group member and discussed plan for JBR groups today

| | | | | | |
|---|---|---|---|---|---|
| 12/06/2023 | 12/6/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/05/2023 | 12/5/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 12/04/2023 | 12/4/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Discussed what Inmates should do in an urgent situation on the housing unit (after medical emergency Friday). Went over Incentive Program reminders, processed plan for the day on unit.

| | | | | | |
|---|---|---|---|---|---|
| 12/01/2023 | 12/1/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/29/2023 | 11/29/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Introduced new group member and discussed plan for Rec Group to decorate the unit for the holidays

| | | | | | |
|---|---|---|---|---|---|
| 11/28/2023 | 11/28/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/27/2023 | 11/27/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |

Session Note: Reviewed appropriate unit behavior and being appropriately dressed in uniform 7:30-4:30 pm.

| | | | | | |
|---|---|---|---|---|---|
| 11/24/2023 | 11/24/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/23/2023 | 11/23/23 Thanksgiving | 0 | Absent Excused | Not Apply | Not Apply |

Session Note: Group cancelled due to Thanksgiving Holiday

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: M | Facilitator: | (P)Franzen, A. Psy.D | |
| Date: | 03/15/2023 | Group Facility: CCC | Group Title: | [207] Daily Morning Unit Meeting | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 11/22/2023 | 11/22/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/21/2023 | 11/21/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: Today's AM meeting was mandatory. The Inmates were addressed about last night's memo completed by security wherein the batteries from the TV remote were removed and used to smoke. They were informed that if the batteries are removed from the remote again, they will lose TV privileges. | | | | |
| 11/20/2023 | 11/20/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: Address Unit Issues related to appropriate dress & staying off the top area near offices unless requested by staff. | | | | |
| 11/16/2023 | 11/16/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: Gratitude Thursday | | | | |
| 11/15/2023 | 11/15/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/14/2023 | 11/14/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/10/2023 | 11/10/2023 | 0 | Absent Excused | Good | Not Apply |
| | Session Note: Veteran's Day Holiday Observed-No Group | | | | |
| 11/09/2023 | 11/9/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/08/2023 | 11/8/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/07/2023 | 11/7/2023 | 0 | Absent Excused | Not Apply | Not Apply |
| 11/06/2023 | 11/6/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 11/03/2023 | 11/3/2023 | 0 | Absent Not Excused | Good | Not Apply |
| 11/02/2023 | 11/2/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: Gratitude Thursday | | | | |
| 10/31/2023 | 10/31/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/30/2023 | 10/30/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: Discussed Implementation of Incentive Program | | | | |
| 10/26/2023 | 10/26/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/25/2023 | 10/25/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/24/2023 | AM Unit Meeting | 30 | Complete Session | Good | Satisfactory |
| 10/23/2023 | AM Morning Meeting 10/23/2023 | 30 | Complete Session | Good | Satisfactory |
| 10/20/2023 | AM Morning Meeting 10/20/2023 | 30 | Complete Session | Good | Satisfactory |
| 10/18/2023 | 10/18/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/17/2023 | 10/16/2023-No Group | 0 | Absent Excused | Good | Not Apply |
| | Session Note: Group did not occur due to facilitator being out sick | | | | |
| 10/17/2023 | 10/17/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/13/2023 | 10/13/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/12/2023 | 10/12/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/11/2023 | 10/11/23 | 30 | Complete Session | Good | Not Apply |
| 10/10/2023 | 10/10/23 | 0 | Absent Not Excused | Good | Not Apply |
| 10/09/2023 | 10/9/23 HOLIDAY NO GROUP | 0 | Absent Excused | Good | Not Apply |
| 10/06/2023 | 10/6/23 | 35 | Complete Session | Good | Not Apply |
| 10/05/2023 | 10/5/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/05/2023 | 10/4/2023 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/03/2023 | 10/3/23 AM Meeting | 0 | Absent Not Excused | Not Apply | Not Apply |

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 04/26/1992 | Sex: | M | Facilitator: | (P)Franzen, A. Psy.D |
| Date: | 03/15/2023 | Group Facility: | CCC | Group Title: | [207] Daily Morning Unit Meeting |

| Date | Title | Duration | Attendance | Participation | Homework |
| --- | --- | --- | --- | --- | --- |
| 10/02/2023 | AM Unit Meeting | 30 | Complete Session | Good | Satisfactory |
| 09/25/2023 | AM Unit Meeting 9-22-2023 | 15 | Complete Session | Good | Satisfactory |
| 09/21/2023 | 9/21/23 | 0 | Complete Session | Good | Not Apply |
| 09/20/2023 | 9/20/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/19/2023 | 9/19/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/18/2023 | 9/18/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/15/2023 | 9/15/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/14/2023 | 9/14/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/12/2023 | 9/12/23 | 0 | Absent Not Excused | Not Apply | Not Apply |
| 09/06/2023 | 9/6/2023 Unit Locked Down | 0 | Incomplete Session | Not Apply | Not Apply |
| 08/31/2023 | 8/30/2020 AM Unit Meeting | 30 | Complete Session | Good | Satisfactory |
| 08/29/2023 | 8/29/2023 Unit Meeting | 30 | Complete Session | Good | Satisfactory |
| 08/28/2023 | 8/28/2023 Unit Meeting | 30 | Complete Session | Good | Satisfactory |
| 08/25/2023 | 8/25/2023 Unit Meeting | 30 | Complete Session | Good | Satisfactory |
| 08/24/2023 | 8/24/2023 Unit Meeting | 30 | Complete Session | Good | Satisfactory |

**Attendance**
| | |
| --- | --- |
| Complete Session Present | 19.4 % |
| Incomplete Session Excused | 1.4 % |
| Incomplete Session Not Excused | 0.0 % |
| Absent Excused | 8.3 % |
| Absent Not Excused | 70.8 % |

**Participation**
| | |
| --- | --- |
| Good | 27.8 % |
| Fair | 0.0 % |
| Poor | 1.4 % |
| Not Apply | 70.8 % |

**Homework**
| | |
| --- | --- |
| Not Apply | 81.9 % |
| Satisfactory | 16.7 % |
| Unsatisfactory | 1.4 % |

**Bureau of Prisons**          **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Group Participation**

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | EDWARDS, JOSHUA | | | **Reg #:** | 73844-018 |
| **Date of Birth:** | 04/26/1992 | **Sex:** M | **Facilitator:** | (P)Franzen, A. Psy.D | |
| **Date:** | 03/22/2023 | **Group Facility:** CCC | **Group Title:** | [208] Jail Based Competency Unit Recreation | |

**Status:** Withdrew
**Enroll Date:** 08/24/2023    **End Date:** 01/08/2024
**Total Hours:** 5

## SESSION DATA:

**Number of Sessions:** 5    **First Session Date:** 09/29/2023    **Last Session Date:** 12/15/2023

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 12/15/2023 | Movie | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: The participants watched the movie "A Beautiful Mind" | | | | |
| 11/30/2023 | Recreation Door Decortion | 60 | Complete Session | Good | Satisfactory |
| 11/24/2023 | Recreation Movie | 0 | Absent Not Excused | Not Apply | Not Apply |
| | Session Note: Participants watched "Inside Out" a movie exploring emotions and emotional regulation. | | | | |
| 11/03/2023 | Recreation Movie | 120 | Complete Session | Good | Satisfactory |
| 09/29/2023 | Recreation BINGO | 120 | Complete Session | Good | Satisfactory |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 60.0 % | Good | 60.0 % | Not Apply | 40.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 60.0 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 40.0 % | | |
| Absent Excused | 0.0 % | | | | |
| Absent Not Excused | 40.0 % | | | | |

**Bureau of Prisons**      **\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Psychology Services**

**Brief R&D Screening**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Facility: ENG | Unit Team: | 3 JAIL |
| Date: | 03/03/2023 13:24 | Provider: | | Cragun, L. MA, Psychology | | |

## Mental Health History

Mr. EDWARDS was seen upon arrival today as he is a pretrial defendant who was sent to FDC Englewood for the purpose of completing a court ordered forensic evaluation.

Mr. EDWARDS denied any history of mental health issues or diagnoses. He denied ever experiencing significant anxiety or depression. He denied ever experiencing any type of hallucination or delusions. He denied ever experiencing suicidal ideations, plans, or intent. He denied any self-directed violence.

## Mental Status

Mr. EDWARDS was oriented to time, place, person and circumstances. His speech was coherent, logical and goal directed. His did not appear to be actively hallucinating or displaying any overt sign of delusional ideation. His thought process appeared to be organized; his affect, calm, stable and contextually appropriate. His cognition and attention appeared to be intact. No psychomotor agitation or retardation was noted. He displayed no overt sign of intoxication or physical injury.

## Current Concerns

Mr. EDWARDS reported being fearful of general population. He repeatedly asked if he was safe and if he would need to know any "street smarts." He reported to this writer he had been in protective custody leading up to his intake at FDC ENG. Mr. EDWARDS reported difficulty understanding at times. He reported to the R&D staff that he could not read or write.

## Recommendations

Mr. EDWARDS's concerns about general population were reported by this writer and by Mr. EDWARDS to both unit team and R&D staff. He was informed about the nature and purpose of the evaluation, as well as the limits of confidentiality. Mr. EDWARDS stated he understood this information and noted he was aware a mental health evaluation had been ordered. He said he understood the report from the evaluation would be provided to the judge, prosecutor, and defense attorney. Mr. EDWARDS was informed about routine and emergency referral procedures for contacting psychology at this institution if needed. He will continue to be seen for his forensic evaluation.

Completed by Cragun, L. MA, Psychology Predoctoral Intern on 03/03/2023 13:34

**Reviewed by Dwyer, Jeremiah PhD on 03/03/2023 14:30**

# Bureau of Prisons
## Health Services
## Health Screen

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2023 12:46 | | Provider: | Grimes-Boorman, Renee | Facility: | ENG |

| | |
|---|---|
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |
| **Hypertension:** | Denied |
| Respiratory: | Denied |
| **Sickle Cell Anemia** | Denied |
| **Carcinoma/Lymphoma:** | Denied |
| **Allergies:** | Denied |

**PPD Administration:**

  **Date/Time:** 03/03/2023 12:46

  **Provider:** Grimes-Boorman, Renee D.

  **Location:** Left Forearm

  **Drug Mfg:** Par Pharmaceuticals

  **Lot Number:** 57798

  **Dosage:** 0.1mL

  **Route:** ID

  **Exp Dt:** 05/2024

  **Comments:**

**Tuberculosis:**

  **Hx of Previous Disease:** No

  **Blood-tinged Sputum:** No

  **Night Sweats:** No

  **Weight Loss:** No

  **Fever:** No

  **Cough:** No

  **Comments:** INMATE IS UNVACCINATED AND REFUSED TO HAVE COVID VACCINE SCHEDULED, REFUSAL SCANNED INTO DOCUMENT MANAGER

Exb 15c

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2023 12:46 | Provider: | Grimes-Boorman, Renee | Facility: | ENG |

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 0

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Never

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** No

**Comments:** INMATE REFUSED TO ANSWER THESE QUESTIONS

**Screenings:**

**Intake Screening**

**COVID**

No: Shortness of Breath, Loss of taste or smell, Nausea or Vomiting, Diarrhea, History of COVID, History of COVID-19 vaccine administration

**Mpox**

No: Chills, Fever, Oral Lesions, Pimple, blister-like, or crusted rash, Swollen lymph nodes, Contact w/infectious rash, scabs or body fluids, Physical contact w/+ Mpox person, Contact w/Mpox infectious items, History of Smallpox vaccine?, History of treatment for Mpox?

| | |
|---|---|
| **HIV History:** | Denied |
| **Hepatitis:** | Denied |
| **Other Infectious Diseases:** | Denied |

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:** INMATE DOES NOT ANSWER

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2023 12:46 | Provider: | Grimes-Boorman, Renee | Facility: | ENG |

**Mental Health:**

    **Level of Consciousness:** Alert and Oriented

    **Psychomotor Activity:** Restless

    **General Appearance:** Normal

    **Behavior:** Suspicious/Guarded

    **Mood:** Anxious

    **Thought Process:** Preoccupied

    **Thought Content:** Normal

    **Hx of Mental Health Treatment:** Unknown

    **Hx of Head Injury:** Unknown

    **Current Mental Health Treatment:** No

    **Current Mental Health Complaint:** No

    **Hx of Loss of Consciousness:** No

    **Hx of Hearing Voices:** No

    **Past History of Suicide Attempt:** No

    **Current Suicide Ideation:** No

    **Suicide Prevention Initiated:** No

    **Comments:** INMATE IS PSYCH STUDY, NO CURRENT MEDICATIONS OR LISTED DIAGNOSIS

**Substance Use History:** Denied

    **Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:**    Denied

**Other Health Issues:**

    **Current Medical Conditions:**    PSYCH STUDY

    **Other Current Treatments:**

**Pregnant:**    N/A

**Postpartum:**    N/A

**Dental Condition:** Denied

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2023 12:46 | Provider: | Grimes-Boorman, Renee | Facility: | ENG |

## Observations:

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:** INMATE DENIES USE OF ETOH OR DRUGS. INMATE DENIES ANY S/S OF WITHDRAWAL AT THIS TIME

## Immunizations:

**COVID-19 Moderna Vaccine Administration:** Refused

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

Item

Current Medical Conditions

Health Problems Newly Identified During This Encounter:

Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| PPD Reading | 03/05/2023 00:00 | Nurse |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Grimes-Boorman, Renee D. EMT-P on 03/03/2023 12:49

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2023 12:46 | Provider: | Grimes-Boorman, Renee | Facility: | ENG |

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2023 17:00 | Provider: | King, J. Sr. RN | Facility: | CCC |

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:** Denied

**Tuberculosis:**

  **Hx of Previous Disease:** No

  **Blood-tinged Sputum:** No

  **Night Sweats:** No

  **Weight Loss:** No

  **Fever:** No

  **Cough:** No

  **Comments:**

**Infectious Disease Risk Factors:**

  **IV Drug Use:** No

  **IV Drug Use Needles:**

  **Sexual Partner IV Drug Use:** No

  **Sexual Partner IV Drug Use Needles:**

  **Female Sexual Partners (Last 5 Yrs):** 0

  **Male Sexual Partners (Last 5 Yrs):** 0

  **Condom Use:** Never

  **Sexual Contact With HIV+ Individual:** No

  **Blood Product Transfusion:** No

  **Travel Outside US:** No

  **Tattoos:** No

  **Comments:**

**Screenings:**

  **Intake Screening**

    **General**

      No: Cough, Sore throat, Headache, Body aches, Fatigue

    **COVID**

Exb 15a

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: M | Race: | WHITE |
| Encounter Date: | 08/24/2023 17:00 | Provider: King, J. Sr. RN | Facility: | CCC |

No: Shortness of Breath, Loss of taste or smell, Nausea or Vomiting, Diarrhea

**Mpox**

No: Chills, Fever, Oral Lesions

**History of HIV:** Denied

**History of Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:** denies

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:** Denied

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Postpartum:** N/A

**Dental Condition:** Denied

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2023 17:00 | Provider: | King, J. Sr. RN | Facility: | CCC |

## Observations:

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:** Denies/none noted

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

<u>Item</u>

PPD Administration Not Performed

**Cleared For Food Services:** No

Health Problems Newly Identified During This Encounter:

<u>Health Problem</u>

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| <u>Source</u> | <u>Action</u> | <u>Type</u> | <u>Rx#</u> | <u>Medication</u> | <u>Order Detail</u> |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests-R-RPR | One Time | 12/29/2023 00:00 | Routine |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-H-Hep C Ab | | | |

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Mohan, Brij (MAT) MD, Clinical Director

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2023 17:00 | Provider: | King, J. Sr. RN | Facility: | CCC |

**Telephone or Verbal order read back and verified.**

Completed by King, J. Sr. RN on 08/24/2023 17:07

Requested to be cosigned by  Mohan, Brij (MAT) MD, Clinical Director.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 | |
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 08/24/2023 17:00 | Provider: | King, J. Sr. RN | Facility: | CCC | |

**Cosigned with New Encounter Note by Nowakowski, Bonnie M (MAT) DO on 08/25/2023 11:00.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M    Race: WHITE | Facility: | CCC |
| Note Date: | 12/22/2023 11:03 | Provider: | Gaines, Larry Psychiatrist | Unit: | C01 |

Admin Note - Consultation encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Gaines, Larry Psychiatrist

The letter writer attempted to meet with the patient, however Mr. Edwards declined the offer to meet. "I don't need to meet with you, thank you." The interaction was terminated.


**Copay Required:** No               **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Gaines, Larry Psychiatrist on 12/22/2023 11:06

Requested to be cosigned by  Nowakowski, Bonnie M (MAT) DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Szyhowski, David PsyD/Chief of Psychology.

Review documentation will be displayed on the following page.

Exb 15e

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/22/2023 11:03 | Provider: | Gaines, Larry Psychiatrist | Facility: | CCC |

**Cosigned by Nowakowski, Bonnie M (MAT) DO on 12/22/2023 13:38.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/22/2023 11:03 | Provider: | Gaines, Larry Psychiatrist | Facility: | CCC |

**Reviewed by Szyhowski, David PsyD/Chief of Psychology on 01/02/2024 12:50.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M      Race: WHITE | Facility: | CCC |
| Note Date: | 08/25/2023 11:01 | Provider: | Nowakowski, Bonnie M | Unit: | C02 |

Cosign Note - Intake Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Nowakowski, Bonnie M (MAT) DO
PHYSICIAN INTAKE REVIEW

Offender EDWARDS, 31 y/o Male, readmitted as A-STDY / JBR;

Arrived with No Rx,
NO collateral medical/ MH records sent w/ transfer documents to review;

DENIES ANY CURRENT SX
INTAKE RAPID CoVid  Ag TEST: NEG 08/24/2023

Psychology Notified - Await recommendations
Baseline lab studies ordered
Follow up as clinically indicated;

ICD CODES & BEMR SCHEDULER UPDATED


**ASSESSMENTS:**

Coronavirus COVID-19 test negative, Z03818-c19 - Current

Encounter for general psychiatric examination, requested by authority, Z046 - Current

**Discontinued Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| *Lab Tests-R-RPR* | *One Time* | *12/29/2023 00:00* | *Routine* |
| *Lab Tests-H-HIV 1/2* | | | |
| *Lab Tests-H-Hep C Ab* | | | |

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC | One Time | 09/06/2023 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Lab Tests-H-Hep C Ab | | | |
| Chronic Care Clinics-Diabetic-Comprehensive | | | |
| Metabolic Profile (CMP) | | | |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-R-RPR | | | |
| Additional Information: | | | |
| A-STDY /  JBR | | | |

**Other:**

NO RX,
BASELINE LABS ORDERED
PSYCHOLOGY NOTIFIED
AWAIT RECOMMENDATIONS
FOLLOW UP AS CLINICALLY INDICATED

| Inmate Name: | EDWARDS, JOSHUA | | | | Reg #: | 73844-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 04/26/1992 | Sex: | M   Race: WHITE | | Facility: | CCC |
| Note Date: | 08/25/2023 11:01 | Provider: | Nowakowski, Bonnie M | | Unit: | C02 |

**Disposition:**

To be Evaluated by Provider
Admit to Unit
Notify Psychology Duty Officer

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Nowakowski, Bonnie M (MAT) DO on 08/25/2023 11:05

Requested to be reviewed by Szyhowski, David PsyD/Chief of Psychology.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EDWARDS, JOSHUA | | | Reg #: | 73844-018 |
| Date of Birth: | 04/26/1992 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/25/2023 11:01 | Provider: | Nowakowski, Bonnie M | Facility: | CCC |

**Reviewed by Szyhowski, David PsyD/Chief of Psychology on 12/08/2023 07:37.**