**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS
_____/

## ORDER

THIS CAUSE is before the Court on United States Magistrate Judge Leslie Hoffman Price's Report and Recommendation ("**R&R**," Doc. 242) regarding Defendant Joshua Edwards' competency proceedings. Therein, Magistrate Judge Hoffman Price recommends that the Court find that the Government has established by a preponderance of the evidence that Defendant is now competent to stand trial in this matter.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 242) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that Defendant Joshua Edwards' competency has been restored and he is presently competent to stand trial in the matter.

3. The Government's Motion for Status Conference Regarding Competency Determination and New Trial Date (Doc. 249) is **GRANTED**.

4. This case is set for a status conference before the undersigned on **April 8, 2025**, at **9:30 a.m**. in Courtroom 3B to discuss further proceedings and disposition of this case.

**DONE AND ORDERED** in Orlando, Florida on March 31, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2