UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:22-cr-201-WWB-LHP | DATE: | April 11, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. JOSHUA EDWARDS | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Amanda Daniels |
| | | DEFENSE COUNSEL: | Andrew Searle |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME | 2:04-2:39  TOTAL: 35 mins | PRETRIAL: | Ebonie Henderson-Larrame |
| | | COURTROOM: | 5D |

**PROCEEDINGS: STATUS CONFERENCE**

(✓)   Case called; appearances taken; procedural setting by the Court.

(✓)   Defendant advised of the right to remain silent.

(✓)   Issues were addressed.

(✓)   The Defendant was temporarily detained pursuant to 18 § 3142(d). Order entered.

(✓)   Detention Hearing set for 4/18/25 at 10:00 AM.