UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,    Case No. 6:22-cr-201-WWB-LHP

  Plaintiff, ☐
  Government ☒    ☒ Evidentiary
             ☐ Trial
             ☐ Other

v.

JOSHUA EDWARDS

  Defendant ☐

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/18/25 | 4/18/25 | | A | Image of suitcases |
| 2 | 4/18/25 | 4/18/25 | | A | Image of laptops in bag |
| 3 | 4/18/25 | 4/18/25 | | A | Image of shredder |
| 4 | 4/18/25 | 4/18/25 | | A | Image of bags containing shredded material |
| 5 | 4/18/25 | 4/18/25 | | A | Image of receipt and door hanger |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.