

**GOVERNMENT EXHIBIT**

Exhibit No.: 5

Case No.: 6:22-cr-201-WWB-LHP

UNITED STATES OF AMERICA

vs.

JOSHUA EDWARDS

Date Identified: 4/18/25
Date Admitted: 4/18/25