UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS

| **Judge:** | Wendy W. Berger | **Counsel for Government:** | Amanda Daniels |
|---|---|---|---|
| **Deputy Clerk:** | Regina Fermer | | |
| **Court Reporter:** | Shelli Kozachenko<br>Shelli_Kozachenko@flmd.uscourts.gov | **Counsel for Defendant:** | Andrew C. Searle |
| **Scheduled Date/Time:** | May 13, 2025<br>9:46am-9:50am<br>**Total time: 4 minutes** | **Interpreter:** | N/A |

## MINUTES

Case called; appearances taken.

Defense makes ore tenus motion to continue trial due to voluminous discovery and wants Mr. Edwards to be evaluated for intellectual deficits. Also stated the Government is preparing a plea agreement.

Government does not object to a continuance.

The Court grants the motion to continue trial to the October 2025 trial term and sets a status conference for **September 9, 2025**. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until and including **October 31, 2025,** shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Court adjourned.