**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                              **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNDERSIGNED COUNSEL'S UNOPPOSED MOTION REQUESTING STANDING ORDER DIRECTING THE U.S. MARSHALS TO FACILITATE ATTORNEY-CLIENT VISITS WITH DEFENDANT JOSHUA EDWARDS AT THE COURTHOUSE (Doc. No. 276)
>
> **FILED:** May 19, 2025
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of the motion (Doc. No. 276) and with the agreement of the United States Attorney and the United States Marshals Service, Defendant's motion (Doc. No. 276) is **GRANTED**.

By this Order, the United States Marshals Service is **DIRECTED** to transport Defendant Joshua Edwards to the United States Marshals' Office at the United States Courthouse, 401 West Central Boulevard, Orlando Florida to facilitate attorney-client meetings between Defendant and Attorney Andrew C. Searle.

Attorney Searle will coordinate with the United States Marshals Service to conduct these attorney-client meetings on dates and times convenient to the United States Marshals Service.

In addition, the following conditions shall apply for each attorney-client meeting: (1) the attorney-client meetings will be non-contact visits and both Attorney Searle and Defendant Joshua Edwards shall cooperate with all directives from the United States Marshals Service during transport and while at the United States Marshals Office; (2) the United States Marshals Service will only bring Defendant Joshua Edwards to the courthouse for these non-court attorney-client meetings when there is already a court run scheduled to the Orange County Jail and when the United States Marshals Service can accommodate transporting Defendant Joshua Edwards; and (3) the attorney-client meetings will occur within the United States Marshal Service's normal business hours of 9:00 a.m. to 4:00 p.m.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
Counsel for Defendant