# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                         **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNDERSIGNED COUNSEL'S UNOPPOSED MOTION REQUESTING ORDER GRANTING EXPERT PERMISSION TO ACCOMPANY COUNSEL TO EVALUATE DEFENDANT AND TO BRING ELECTRONIC EQUIPMENT INTO U.S. MARSHALS OFFICE FOR MEETING SCHEDULED FOR THURSDAY, JUNE 12, 2025 (Doc. No. 278)
>
> **FILED:** June 11, 2025
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of the motion (Doc. No. 278) and with the agreement of the United States Attorney and the United States Marshals Service, Defendant's motion (Doc. No. 278) is **GRANTED**.

By this Order, Kim Spence, Ph.D. is authorized to accompany counsel for Defendant Joshua Edwards to a meeting scheduled for Thursday, June 12, 2025, to be held at the United States Marshals' Office at the United States Courthouse, 401 West Central Boulevard, Orlando Florida.  The interview shall be held in a "normal

interview room" within the United States Marshals' Office, and Dr. Spence is authorized to bring into the Courthouse and the "normal interview room" in the United States Marshals' Office a laptop, a laptop cord, a legal pad, a folder with notes, pens and highlighters, and a cloth briefcase holding said items. All items are subject to inspection by the United States Marshals Service and/or any Court Security Officer upon request, and both counsel and Dr. Spence shall comply with any and all directives from the United States Marshals Service and/or any Court Security Officer.

Counsel and Dr. Spence must bring a print out copy of this Order with them to the Courthouse on June 12, 2025 and present copy of same to any Courthouse personnel upon request.

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant

- 2 -