UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                          CASE NO. 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS

## UNITED STATES' RESPONSE TO COUNSEL'S
## THIRD MOTION TO WITHDRAW AS ATTORNEY

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, responds to counsel's third motion to withdraw as attorney at doc. 280, as ordered at doc. 281. The United States takes no position on the motion to withdraw. The United States supports counsel's request for a hearing, doc. 280 at 6. Such hearing will likely aid the Court in determining whether the communication issues outlined in counsel's motion can be remedied by the appointment of a different attorney.

                                                     Respectfully submitted,

                                                     GREGORY W. KEHOE
                                                     United States Attorney

                By:    */s/ Amanda S. Daniels*
                            Amanda S. Daniels
                            Assistant United States Attorney
                            Florida Bar No. 111444
                            400 W. Washington Street, Suite 3100
                            Orlando, Florida 32801
                            Telephone: (407) 648-7500
                            Facsimile: (407) 648-7643
                            E-mail: amanda.daniels@usdoj.gov

U.S. v. JOSHUA EDWARDS				Case No. 6:22-cr-201-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Andrew Searle, Esq.

/s/ Amanda S. Daniels
Amanda S. Daniels
Assistant United States Attorney
Florida Bar No. 111444
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:    amanda.daniels@usdoj.gov