UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:22-cr-201-WWB-LHP | DATE: | July 16, 2025 |
|---|---|---|---|
| **HONORABLE LESLIE HOFFMAN PRICE** | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. JOSHUA EDWARDS | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Amanda Daniels |
| | | DEFENSE COUNSEL: | Andrew Searle |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME  9:32-9:53 | TOTAL: 21 mins | PRETRIAL: | |
| | | COURTROOM: | 5D |

**PROCEEDINGS: MOTION HEARING [280]**

(✓)    Case called; appearances taken; procedural setting by the Court.

(✓)    The Court proceeded with an in-camera hearing.

(✓)    Issues were addressed.

(✓)    Motion was denied without prejudice.

(✓)    The Court to appoint co-counsel to represent the Defendant. Order to be entered.