# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                   **CASE NO: 6:22-cr-201-WWB-LHP**

**JOSHUA EDWARDS**

## ORDER

Pursuant to prior notice, see Doc. No. 283, the Court held a hearing on July 16, 2025, on Defendant's counsel Attorney Andrew C. Searle, Esq.'s Third Motion to Withdraw as Defendant Joshua Edwards' Attorney.  Doc. No. 280; *see also* Doc. No. 285.  Defendant was present as was the Assistant United States Attorney assigned to this case.  Doc. No. 285.  Pursuant to the discussion with the parties – a portion of which was held in camera with Defendant and Attorney Searle – the Third Motion to Withdraw (Doc. No. 280) is **DENIED WITHOUT PREJUDICE.**

As also discussed with the parties during the hearing, the Court finds, given the issues involved and the procedural posture of this case, that this is an extremely difficult case, and that the interests of justice require the appointment of co-counsel to assist Defendant throughout the remainder of this litigation. *See* Guide to Judicial Policy, Vol. 7, Part A, Ch. 2, § 230.53.20. Accordingly, the Court hereby appoints

attorney Corey Cohen, Esq. as co-counsel in this case, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendant