UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES

| CASE NO.: | 6:22-cr-201-WWB-LHP | DATE: | August 25, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. JOSHUA EDWARDS | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Kara Wick |
| | | DEFENSE COUNSEL: | Andrew Searle/Corey Cohen |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME | 10:01-10:16   TOTAL: 15 mins | PRETRIAL: | |
| | | COURTROOM: | 5D |

**PROCEEDINGS: MOTION HEARING [288]**

(✓)     Case called; appearances taken; procedural setting by the Court.

(✓)     Issues were addressed.

(✓)     Motion was denied without prejudice. Order to be entered.