# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                CASE NO: 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Kara Wick |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Heather Suarez<br>heathersuarez.usocr@gmail.com | **COUNSEL FOR DEFENDANT:** | Andrew C. Searle and Corey I. Cohen |
| **SCHEDULED DATE/TIME:** | September 11, 2025<br>3:03pm-3:19pm<br>**Total time: 16 minutes** | **INTERPRETER:** | N/A |

## MINUTES – STATUS CONFERENCE

Case called; appearances taken.
Mr. Edwards is present for the status conference.

Defense counsel informs the Court of the challenges they are having with communicating with Mr. Edwards.

The Court sets the trial for a date certain **trial** to start on **November 17, 2025** (11/17/25-11/21/25) and sets a **status conference** for **October 14th**.

Court adjourned.