**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

UNITED STATES OF AMERICA

VS.                                             CASE NO: 6:22-cr-201-WWB-LHP

JOSHUA EDWARDS

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Kara Wick |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Shelli Kozachenko<br>Shelli_Kozachenko@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Andrew C. Searle and Corey I. Cohen |
| **SCHEDULED DATE/TIME:** | October 7, 2025<br>9:10am-9:13am<br>**Total Time: 3 minutes** | **INTERPRETER:** | N/A |

**MINUTES- Tele Status Conference**

Case called; appearances taken.

This case is set for a date certain trial to begin on November 17th.

Defense counsel states Mr. Edwards has expressed that he does not want to proceed to trial and the Government is working on a plea agreement. Defense is not sure if the plea will proceed because of previous issues.

The Court will leave the case set for date certain trial to begin on November 17th.

Court adjourned.