UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                  CASE NO. 6:22-cr-00201-WWB-LHP

JOSHUA EDWARDS

## **JOINT MOTION TO CONTINUE TRIAL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and counsel for the defendant, Attorneys Andrew Searle and Corey Cohen request, pursuant to Fed. R. Crim. P. 12(b), that this Court continue the trial in this case now set for November 17, 2025, and in support of its motion states as follows:

1. On December 7, 2022, the defendant was charged by grand jury indictment with one count of conspiracy to commit bank fraud, one count of bank fraud, one count of making a false statement to a lending institution, and one count of visa fraud. Doc. 1.

2. The indictment alleges, among other things, that the defendant submitted a materially false Paycheck Protection Program loan application on behalf of ASLAN International Ministry, Inc. to First Home Bank. The indictment further alleges that, as a result of such application, the defendant and his co-conspirator(s) fraudulently received funds over $8,000,000, which were later seized by the United States.

3.      From the time of the defendant's initial appearance in December 2022 through March 2025, competency proceedings for the defendant were ongoing, ultimately resulting in the defendant's restoration to competency. *See* Docs. 9, 14, 70, 72, 94, 97, 121, 123, 201, 209, 213, 242, 251.

4.      On October 14, 2025, the United States offered the defendant a plea agreement, as the defendant recently expressed a desire to resolve the case without proceeding to trial.

5.      The trial is currently set to begin November 17, 2025. As set forth below, the parties respectfully request that the trial in this case be moved to the January 2026 trial term.

## MEMORANDUM OF LAW

The parties agree that the ends of justice in continuing the trial to the January 2026 trial term would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Factors which the court must consider include whether the failure to grant the continuance would be likely to result in a miscarriage of justice, whether the case is so complex that it is unreasonable to expect adequate preparation for trial within the time limits established by the speedy trial statute, and whether failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(B)(1), (ii), (iv).

Here, the defendant has recently expressed a desire to reach a resolution

2

without a trial, and the United States extended a proposed plea agreement on October 14, 2025. Given the complexity of the case and the needs of this defendant, the parties anticipate that defense counsel will need a significant amount of time to review the plea agreement with the defendant and to potentially prepare him for a plea hearing. Alternatively, in the event that the proposed plea agreement does not result in a resolution, defense counsel will also need time to sufficiently prepare for a trial. Defense counsel, Andrew Searle, has a complex federal fraud trial beginning the first week of November and will largely be unavailable through mid-November because of that trial. Given that Attorney Searle has the most established relationship with the defendant, he will be needed to counsel the defendant on the plea offer. Thus, a continuance is needed to provide sufficient time for the defendant to review the proposed plea agreement with his counsel, to prepare for a plea hearing, and/or to proceed to trial.

Additionally, the Government is still in the process of attempting to serve trial subpoenas on witnesses it intends to call at trial. Given the length of time that this case has been pending and the fact that multiple witnesses reside in Canada, it has taken longer than anticipated to serve these witnesses. Moreover, other government witnesses are federal employees of the United States Secret Service, the Internal Revenue Service, and/or the Small Business Administration. Given the current federal government shutdown, identifying and communicating with these witnesses has also proven difficult. Thus, the Government also

requests a continuance to allow sufficient time to prepare for trial, in the event that the case is not resolved through a plea.

In view of the above circumstances, the parties respectfully request this Court to continue the case for trial to the January 2026 trial term.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Kara M. Wick
KARA M. WICK
Assistant United States Attorney
Bar No. 0085578
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile:  (407) 648-7643
E-mail: kara.wick@usdoj.gov

/s/Andrew C. Searle                    b
ANDREW C. SEARLE, ESQ.
Florida Bar No.   0116461
SEARLE LAW P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Defendant Joshua Edwards

U.S. v. JOSHUA EDWARDS                    Case No. 6:22-cr-00201-WWB-LHP

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Andrew Searle, Esq.
    Corey Cohen, Esq.

                                             */s/ Kara M. Wick*
                                             KARA M. WICK
                                             Assistant United States Attorney
                                             Bar No. 0085578
                                             400 W. Washington Street, Suite 3100
                                             Orlando, Florida 32801
                                             Telephone:  (407) 648-7500
                                             Facsimile:   (407) 648-7643
                                             E-mail: kara.wick@usdoj.gov