UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-cr-201-WWB-LHP |
| ) | |
| JOSHUA EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE TO COURT FROM DEFENDANT'S
COUNSEL REGARDING COMMUNICATIONS
SENT TO CHAMBERS BY DEFENDANT'S FAMILY**

The undersigned counsel for the Defendant, Joshua Edwards ("Mr. Edwards"), hereby files this notice regarding communications and correspondence sent by Mr. Edwards's family to chambers, and further states as follows:

1. On October 30, 2025, Mr. Edwards's family sent correspondence via email to the undersigned, the government, and the Court's chambers. In the past, Mr. Edwards's family has also sent email correspondence to the government, including to the U.S. Attorney himself.

2. The undersigned have sent emails to Mr. Edwards's family asking them not to directly communicate with the government and further advising them that they are not Mr. Edwards's legal representatives in the above-captioned case.

3. The undersigned have not asked Mr. Edwards's family to send

communications to either the Court or the government, nor do the undersigned have any ability to control or stop Mr. Edwards's family from continuing to send correspondence to the Court or the government.

4.     On October 31, 2025, the Court entered an endorsed order cautioning the parties and interested persons that they are prohibited from sending correspondence to chambers to request relief pursuant to Local Rule 3.01(k).    Doc. 310.    The undersigned have forwarded a copy of this order to Mr. Edwards's family via email, and have instructed them not to send correspondence to the Court's chambers again.

5.     Wherefore, based on the foregoing, the undersigned respectfully asks that this Honorable Court not attribute any future conduct by Mr. Edwards's family to the undersigned as counsel do not represent the defendant's family and have no control over the family's future actions.

                        Respectfully submitted,

                        */s/ Andrew C. Searle*
                        ANDREW C. SEARLE, ESQ.
                        Florida Bar No.   0116461
                        SEARLE LAW P.A.
                        200 East Robinson Street, Suite 1150
                        Orlando, Florida 32801
                        Telephone: 407-952-0642
                        Email: andrew@searle-law.com
                        Attorney for Defendant Joshua Edwards

                        */s/Corey Cohen*
                        COREY COHEN, ESQ.
                        Florida Bar No. 657840 .
                        21 Park Lake Street
                        Orlando, Florida 32803
                        Telephone: 407-246-0066
                        Email: corey@coreycohen.com
                        Attorney for Defendant Joshua Edwards

U.S. v. JOSHUA EDWARDS                    Case No. 6:22-cr-00201-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for the government, Kara M. Wick, Esq.