UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:22-cr-00201-WWB-LHP

JOSHUA EDWARDS

**JOINT MOTION TO CONTINUE TRIAL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and counsel for the defendant, Attorneys Andrew Searle and Corey Cohen request, pursuant to Fed. R. Crim. P. 12(b), that this Court continue the trial in this case now set for the January 2026 trial term, and in support of its motion states as follows:

1. On December 7, 2022, the defendant was charged by grand jury indictment with one count of conspiracy to commit bank fraud, one count of bank fraud, one count of making a false statement to a lending institution, and one count of visa fraud. Doc. 1.

2. The indictment alleges, among other things, that the defendant submitted a materially false Paycheck Protection Program loan application on behalf of ASLAN International Ministry, Inc. to First Home Bank. The indictment further alleges that, as a result of such application, the defendant and his co-conspirator(s) fraudulently received funds over $8,000,000, which were later seized by the United States.

3. From the time of the defendant's initial appearance in December 2022 through March 2025, competency proceedings for the defendant were ongoing, ultimately resulting in the defendant's restoration to competency. *See* Docs. 9, 14, 70, 72, 94, 97, 121, 123, 201, 209, 213, 242, 251.

4. On October 14, 2025, the United States offered the defendant a plea agreement, as the defendant recently expressed a desire to resolve the case without proceeding to trial. The defendant has not signed the plea agreement and plea negotiations have recently ceased.

5. The trial is currently set for the January 2026 trial term. As set forth below, the parties respectfully request that the trial in this case be moved to the February 2026 trial term, unless the Court has availability to set the trial for the last week in January 2026.

## MEMORANDUM OF LAW

The parties agree that the ends of justice in continuing the trial to the January 2026 trial term would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Factors which the court must consider include whether the failure to grant the continuance would be likely to result in a miscarriage of justice, whether the case is so complex that it is unreasonable to expect adequate preparation for trial within the time limits established by the speedy trial statute, and whether failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence. 18 U.S.C. § 3161(h)(B)(1), (ii), (iv).

    Here, recent efforts by both parties have been in attempting to reach a resolution without the need for a trial. However, those efforts have not succeeded. Given the complexity of the case and the needs of this defendant, both parties need additional time to prepare for trial. Especially in light of the intervening holidays, locating and preparing witnesses for trial, some of whom reside out of the country, is a challenge. Additionally, defense counsel needs sufficient time to prepare the defendant for a trial. Thus, unless the Court has availability to try the case during the last week of January, the parties respectfully request that it be continued to the February trial term.

    In view of the above circumstances, the parties respectfully request this Court continue the case for trial to the February 2026 trial term.

                                                      Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Kara M. Wick                       /s/ Andrew C. Searle
Kara M. Wick                                     ANDREW C. SEARLE, ESQ.
Assistant United States Attorney       Florida Bar No.   0116461
Florida Bar No. 0085578                SEARLE LAW P.A.
400 W. Washington Street, Suite 3100   200 East Robinson Street, Suite 1150
Orlando, Florida 32801                  Orlando, Florida 32801
Telephone:  (407) 648-7500              Telephone: 407-952-0642
Facsimile:   (407) 648-7643               Email: andrew@searle-law.com
E-mail: kara.wick@usdoj.gov            Attorney for Joshua Edwards

                                                      /s/Corey Cohen
                                                      COREY COHEN, ESQ.

                                        Florida Bar No. 657840  
                                        21 Park Lake Street  
                                        Orlando, Florida 32803  
                                        Telephone: 407-246-0066  
                                        Email: corey@coreycohen.com  
                                        Attorney for Joshua Edwards

U.S. v. JOSHUA EDWARDS   Case No. 6:22-cr-00201-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Andrew Searle, Esq.
Corey Cohen, Esq.

                    By:   /s/ Kara M. Wick
                              KARA M. WICK
                              Assistant United States Attorney
                              Bar No. 0085578
                              400 W. Washington Street, Suite 3100
                              Orlando, Florida 32801
                              Telephone:  (407) 648-7500
                              Facsimile:   (407) 648-7643
                              E-mail: kara.wick@usdoj.gov