UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

      v.                     CASE NO. 6:22-cr-00201-WWB-LHP

JOSHUA EDWARDS

## **JOINT MOTION TO SET A PLEA COLLOQUY**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, and counsel for the defendant, Attorneys Andrew Searle and Corey Cohen, request that this Court set a plea colloquy, at its earliest convenience, so that the court can inquire with the defendant how he would like to resolve his case, and state as follows:

1.     On December 7, 2022, the defendant was charged by grand jury indictment with one count of conspiracy to commit bank fraud, one count of bank fraud, one count of making a false statement to a lending institution, and one count of visa fraud. Doc. 1.

2.     The indictment alleges, among other things, that the defendant submitted a materially false Paycheck Protection Program loan application on behalf of ASLAN International Ministry, Inc. to First Home Bank. The indictment further alleges that, as a result of such application, the defendant and his co-conspirator(s) fraudulently received funds over $8,000,000, which were later seized by the United States.

3.      From the time of the defendant's initial appearance in December 2022 through March 2025, competency proceedings for the defendant were ongoing, ultimately resulting in the defendant's restoration to competency. *See* Docs. 9, 14, 70, 72, 94, 97, 121, 123, 201, 209, 213, 242, 251.

4.      On October 1, 2025, the undersigned AUSA and defense counsel received an email from the "Edwards Family" which attached an audio recording stating: "This is Joshua Edwards. I don't want to go to trial. Please help me make agreement to go home. I will write my name." Over the next month, the Edwards Family sent several other emails expressing the defendant's desire to resolve the case without a trial.

5.      On October 14, 2025, in light of the defendant's expressed desire to plead guilty, the United States offered the defendant a plea agreement. However, the defendant never signed the plea agreement. Defense counsel has expressed that the defendant is either unable or unwilling to discuss the details of the plea with counsel.

6.      On December 16, 2025, the parties filed a Joint Status Report (Doc. 318), requesting a date certain for the last week of January 2026 or a date in February 2026.

7.      On December 17, 2025, the parties filed a Joint Motion to Continue (Doc. 319), requesting that the Court move the trial to the February 2026 trial term if the Court was unavailable during the last week in January 2026.

8.      On January 12, 2026, the Court set the trial date certain in this case for January 26, 2026.

9.     On January 13, 2026, the parties filed a Joint Motion to Continue the Trial (Doc. 322) based, in part, on the parties' intention to attempt to resolve this case without the need for a trial.

10.    Thus, the parties respectfully request that the Court set a plea colloquy at its earliest convenience so that the Court can directly inquire with the defendant how he would like to resolve his case, given the defendant's expressed desire to plead guilty. Given the ongoing difficulties in communicating with the defendant, the parties anticipate that a successful colloquy may take more than one attempt. The Government plans to file a Notice of Maximum Penalties in advance of the plea colloquy in case the defendant desires to plead guilty at the colloquy without a plea agreement.

In view of the above circumstances, the parties respectfully request this Court set a plea colloquy at its earliest convenience and require the presence of the defendant at such colloquy.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Kara M. Wick*            /s/ Andrew C. Searle
Kara M. Wick                     ANDREW C. SEARLE, ESQ.
Assistant United States Attorney  Florida Bar No.  0116461
Florida Bar No. 0085578          SEARLE LAW P.A.
400 W. Washington Street, Suite 3100   200 East Robinson Street, Suite 1150
Orlando, Florida 32801           Orlando, Florida 32801
Telephone:  (407) 648-7500       Telephone: 407-952-0642
Facsimile:    (407) 648-7643      Email: andrew@searle-law.com
E-mail: kara.wick@usdoj.gov      Attorney for Joshua Edwards

3

_/s/Corey Cohen_
COREY COHEN, ESQ.
Florida Bar No. 657840
21 Park Lake Street
Orlando, Florida 32803
Telephone: 407-246-0066
Email: corey@coreycohen.com
Attorney for Joshua Edwards

**U.S. v. JOSHUA EDWARDS**          **Case No. 6:22-cr-00201-WWB-LHP**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Andrew Searle, Esq.
Corey Cohen, Esq.


By:    /s/ Kara M. Wick
       KARA M. WICK
       Assistant United States Attorney
       Bar No. 0085578
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:    (407) 648-7643
       E-mail: kara.wick@usdoj.gov