UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                         CASE NO. 6:22-cr-201-AGM-LHP

JOSHUA EDWARDS

## **VERDICT**

1. **Count One of the Indictment**

    As to the offense of conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349,

    We, the Jury, find the defendant, Joshua Edwards:

    Guilty _____        Not Guilty _____

2. **Count Two of the Indictment**

    As to the offense of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2,

    We, the Jury, find the defendant, Joshua Edwards:

    Guilty _____        Not Guilty _____

3. **Count Three of the Indictment**

    As to the offense of false statement to a lending institution, in violation of 18 U.S.C. §§ 1014 and 2,

    We, the Jury, find the defendant, Joshua Edwards:

    Guilty _____        Not Guilty _____

4. **Count Six of the Indictment**

As to the offense of visa fraud, in violation of 18 U.S.C. § 1546(a),

We, the Jury, find the defendant, Joshua Edwards:

    Guilty _____        Not Guilty _____

SO SAY WE ALL, this \_\_\_ day of January, 2026.

_____
FOREPERSON