UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:22-cr-201-WWB-LHP | DATE: | January 16, 2026 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. JOSHUA EDWARDS | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Kara Wick |
| | | DEFENSE COUNSEL: | Andrew Searle/Corey Cohen |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME | 10:01-10:25  TOTAL: 24 mins | PRETRIAL: | |
| | | COURTROOM: | Video Conference |

**PROCEEDINGS: STATUS CONFERENCE**

(✓)   Case called; appearances taken; procedural setting by the Court.

(✓)   Issues were addressed.

(✓)   The Court sets an in-person hearing for 1/16/2026 at 2:00 PM. The Defendant's presence is required.