# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:22-cr-201-AGM-LHP

**JOSHUA EDWARDS**

AUSA: Stephanie McNeff

Defense Attorney: Andrew Searle, Criminal Justice Act

| Judge: | **DANIEL C. IRICK**<br>United States Magistrate Judge | Date and Time: | **February 10, 2026**<br>11:29 A.M. - 11:35 A.M. |
|---|---|---|---|
| Courtroom: | 3B | Total Time: | 6 minutes |
| Deputy Clerk: | T. Palmer | Reporter: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| Interpreter: | None | Pretrial/Prob: | No Appearance |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances taken.

The parties advise that the case is set for a Change of Plea on March 10, 2026.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h), and for the reasons stated on the record, the court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The court, therefore, determines that the time from today until and including April 30, 2026 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The court sets the case for trial on the April 2026 trial term commencing on April 6, 2026. A status conference is set for March 10, 2026 at 11:30 A.M.

Court is adjourned.