UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 6:22-cr-00201-AGM-LHP

JOSHUA EDWARDS,

_____

NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

If the Defendant decides before trial to enter a plea of guilty, a magistrate judge, with the consent of the Defendant, is authorized by Local Rule 1.02 and *In re: Utilization of Magistrate Judges*, Case No. 3:21-mc-1-TJC at docket no. 127 (Feb. 9, 2024) to conduct the proceedings required by Fed. R. Crim. P. 11(b).  If a magistrate judge conducts those proceedings and recommends that the assigned district judge accept the plea of guilty, the magistrate judge will order a presentence investigation and report pursuant to Fed. R. Crim. P. 32.  If the district judge adopts a recommendation that a plea of guilty be accepted, the district judge will schedule a sentencing hearing at which the district judge will decide whether to accept any plea agreement and will determine and impose sentence.  The district judge may adjudicate the Defendant's guilt at or before the sentencing hearing.

CONSENT

I declare my intention to enter a plea of guilty in this case and I consent to a magistrate judge conducting the proceedings required by Fed. R. Crim. P. 11(b). I understand that if my plea of guilty is accepted by the district judge, the district judge will decide whether to accept any plea agreement I may have with the United States and will adjudicate me guilty and impose sentence.

Date: 03/09/26

_____          _____
Joshua Edwards                                                                    
Defendant                                                                  Attorney for Defendant