UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

Case No.: 6:22-cr-00201-AGM-LHP

JOSHUA EDWARDS,

_____

NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

Defendant **JOSHUA EDWARDS** has no objection to the Report and Recommendation issued by the Magistrate Judge on **MARCH 9, 2026** regarding the plea of guilty entered by **JOSHUA EDWARDS**.

March 9, 2026

_Joshua Edwards_
**JOSHUA EDWARDS**

_[signature]_
Counsel for **JOSHUA EDWARDS**

Copies to:
Counsel of Record