**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:22-cr-201-AGM-LHP

JOSHUA EDWARDS

_____

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (doc. # 347) filed on March 9, 2026. United States Magistrate Judge Leslie Hoffman Price recommends that the Court accept Defendant's plea of guilty.

After an independent *de novo* review of the record and noting that the Defendant filed a Notice of No Objection (doc. # 351) filed on March 10, 2026, and the 14-day objection period has expired, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (doc. # 347) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The plea is accepted; and

3. Defendant is hereby adjudicated guilty as to Counts One and Six of the Indictment (doc. # 1).

**DONE and ORDERED** in Chambers in Orlando, Florida on March 30, 2026.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services

2