# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                     CASE NO: 6:22-cr-201-AGM-LHP

JOSHUA EDWARDS

| JUDGE: | Anne-Leigh Gaylord Moe | COUNSEL FOR GOVERNMENT: | Chauncey Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Andrew Searle Corey Cohen |
| COURT REPORTER: | Heather Suarez heather@stenosuarez.com | PRETRIAL/PROBATION: | Edward Modeste |
| SCHEDULED DATE/TIME: | June 2, 2026 11:25am-12:25pm **Total Time: 1 hour** | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Defendant placed under oath.

**SENTENCE IMPOSED as to Counts One and Six of the Indictment.**

Counts Two and Three of the Indictment are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: **51 MONTHS**. This term consists of a 51-month term as to Counts One and Six, all such terms to run concurrently.

**SUPERVISED RELEASE**:  **3 YEARS**.  This term consists of a 3-year term as to Counts One and Six, all such terms to run concurrently.
> Mandatory drug testing requirements are suspended.
> If Defendant is deported, he shall not reenter the United States without the express permission of the appropriate governmental authority.
> Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $200.00 is due immediately.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed at FCI Coleman for familial proximity.

Defendant advised of right to appeal.